IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and ANDREW GOODMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:19-CV-00365<br>Judge Aleta A. Trauger |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Tennessee State Conference of the

N.A.A.C.P., Democracy Nashville – Democratic Communities, The Equity

Alliance, and the Andrew Goodman Foundation hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the District Court for the District of Columbia, the District of Columbia Court of Appeals, and the Tennessee Supreme Court. Attached is a Certificate of Good Standing from the District Court for the District of Columbia. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ Allison Marie Ryan
Allison Marie Ryan

Name and State Bar Number:

Allison Marie Ryan, D.C. Bar 1003396, Tennessee Bar 028584

Business Address:

Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004

Phone: (202) 637-5872

Email: allison.holt@hoganlovells.com

# **CERTIFICATE OF SERVICE**

I do hereby certify on the 22nd day of May, 2019, that a true and correct copy of the foregoing document was served via U.S. mail to the following:

Tre Hargett, Secretary of State
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mark Goins, Coordinator of Elections
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Herbert Slatery III, Attorney General
Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Donna Barrett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Judy Blackburn, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Greg Duckett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mike McDonald, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Jimmy Wallace, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Tom Wheeler, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Kent Younce, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

/s/_____Allison Marie Ryan_____
Allison Marie Ryan