```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675054961
Cashier ID: amorgan
Transaction Date: 05/28/2019
Payer Name: Lawyers Committee
----------------------------------
PRO HOC VICE
 For: Lawyers Committee
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $100.00
PRO HOC VICE
 For: Lawyers Committee
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $100.00
PRO HOC VICE
 For: Lawyers Committee
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $100.00
PRO HOC VICE
 For: Lawyers Committee
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $100.00
----------------------------------
Paper Check Conversion
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

3:19-CV-0365
```