IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>        Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>        Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, Tennessee State Conference of the N.A.A.C.P., Democracy Nashville-Democratic Communities, The Equality Alliance, and The Andrew Goodman Foundation, by and through counsel, respectfully submit this Motion seeking a brief, three-day extension of time to file their opposition to Defendants' motion to dismiss until June 20, 2019.

1

On May 2, 2019, Plaintiffs filed their Complaint in this matter (Doc. 1). On June 3, 2019, Defendants filed a Motion to Dismiss (Doc. 21) and a Memorandum of Law in Support of the Motion to Dismiss (Doc. 22). Pursuant to the Local Rules, Plaintiffs' Opposition to Defendants' Motion to Dismiss is currently due Monday, June 17, 2019.

Plaintiffs request this extension in order to ensure that their Memorandum to be submitted to the Court addresses the numerous issues raised by Defendants in their Motion to Dismiss in a way that is as clear, thorough, well-organized and as beneficial to the Court as possible. Additionally, many of the issues raised in Defendants' Motion to Dismiss are similar to, if not the same as, the issues raised in the Motion to Dismiss filed by Defendants in *League of Women Voters of Tennessee v. Hargett*, No. 3:19-cv-00385. Plaintiffs respectfully suggest that it would make sense from the Court's perspective for the briefing in these two parallel cases to proceed on the same schedule.

Counsel for Plaintiffs contacted counsel for Defendants on June 16, 2019 to request Defendants' consent for an extension of time to file their Response to the Motion to Dismiss until June 20, 2019. Plaintiffs have not heard from Defendants.

Based on the foregoing, Plaintiffs request an extension of time until June 20, 2019 to file their Response to Defendants' Motion to Dismiss and that the Court enter the Proposed Order attached hereto as Exhibit A.

2

Case 3:19-cv-00365   Document 25   Filed 06/17/19   Page 2 of 5 PageID #: 157

Respectfully submitted,

*/s/ Taylor A. Cates*
TAYLOR A. CATES, BPR No. 20006
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com
wirvine@bpjlaw.com

JON GREENBAUM
EZRA D. ROSENBERG
JULIE HOUK
POOJA CHAUDHURI
LAWYERS'COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

IRA M. FEINBERG
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

ALLISON M. RYAN
CARRIE DELONE*
KYLE DRUDING*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004-1109
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com

YAEL BROMBERG
BROMBERG LAW LLC
The Andrew Goodman Foundation

3

10 Mountainview Road
Upper Saddle River, NJ 07458
(202) 995-1808
yaelbromberglaw@gmail.com

DANIEL AYOADE YOON, BPR No. 028798
2004 8th Ave S
Nashville, TN 37204
(615) 541-5141
danielayoadeyoon@gmail.com

*pro hac forthcoming*

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation*

4

# CERTIFICATE OF SERVICE

I do hereby certify on the 17th day of June 2019 that a true and correct copy of the foregoing document was transmitted via the Court's ECF/CM system to the following:

Tre Hargett, Secretary of State
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mark Goins, Coordinator of Elections
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Herbert Slatery III, Attorney General
Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Donna Barrett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Judy Blackburn, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Greg Duckett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mike McDonald, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Jimmy Wallace, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Tom Wheeler, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Kent Younce, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

*/s/ Taylor A. Cates*
Taylor A