IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully submit this Motion for Leave to File Excess Pages in Their Memorandum of Law in Opposition to Defendants' Motion to Dismiss. In support of this Motion, Plaintiffs state:

1

1. Defendants filed a Memorandum of Law in support of their Motion to Dismiss totaling 20 pages excluding the case caption, signature lines, and certificate of service as per the Middle District of Tennessee Local Rule 7.03(a), arguing multiple issues of law with sub issues delineated under each main issue which, while broadly stated by Defendants, require detailed responses from Plaintiffs.

2. In order to respond fully to Defendants' arguments and to apprise this Court fully of the substantial responses to Defendants' broad assertions, Plaintiffs require a number of pages in excess of this Court's 20-page limitation.

3. Plaintiffs therefore request leave to file a Memorandum of Law in Opposition to Defendants' Motion to Dismiss of not more than 35 pages excluding the case caption, signature lines, and certificate of service as per the Middle District of Tennessee Local Rule 7.03(a). Plaintiffs will endeavor to file a brief whose length is less than that requested.

4. Plaintiffs contacted Defendants on June 16, 2019 to request Defendants' consent for Plaintiffs' request to this Court for excess pages. Plaintiffs have not heard from Defendants.

5. Based on the foregoing, Plaintiffs request that the Court enter the Proposed Order attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Taylor A. Cates*
TAYLOR A. CATES, BPR No. 20006
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com
wirvine@bpjlaw.com

JON GREENBAUM
EZRA D. ROSENBERG
JULIE HOUK
POOJA CHAUDHURI
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

IRA M. FEINBERG
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

ALLISON M. RYAN
CARRIE DELONE*
KYLE DRUDING*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com

3

YAEL BROMBERG
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(202) 995-1808
yaelbromberglaw@gmail.com

DANIEL AYOADE YOON, BPR No. 028798
2004 8th Ave S
Nashville, TN 37204
(615) 541-5141
danielayoadeyoon@gmail.com

*pro hac forthcoming*

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation*

4

# CERTIFICATE OF SERVICE

I do hereby certify on the 17th day of June 2019, that a true and correct copy of the foregoing document was transmitted via the Court's ECF/CM system to the following:

Tre Hargett, Secretary of State
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mark Goins, Coordinator of Elections
Secretary of State's Office
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Herbert Slatery III, Attorney General
Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Donna Barrett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Judy Blackburn, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Greg Duckett, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Mike McDonald, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Jimmy Wallace, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Tom Wheeler, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

Kent Younce, Commissioner
State Election Commission
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

*/s/ Taylor A. Cates*
Taylor A. Cates