IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE, N.A.A.C.P., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:19-cv-00365<br>Judge Trauger |
| TRE HARGETT, ET AL., | ) ) | |
| Defendants. | ) | |

**O R D E R**

Given the pendency of a Motion to Dismiss (Docket No. 21), it is hereby ORDERED that the initial case management conference scheduled for July 1, 2019 is CONTINUED, to be reset, if appropriate, after disposition of this motion.

It is so **ORDERED**.

ENTER this 19th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge