IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>          Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>          Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

      As the Court is aware, in this action Plaintiffs are challenging the constitutionality of a new Tennessee law, Public Chapter 250 (the "Law"), which imposes severe restrictions on organizations seeking to conduct voter registration drives. The Law is scheduled to take effect on October 1, 2019, and Plaintiffs are planning to file a motion for a preliminary injunction to enjoin the key provisions

1

of the Law before they go into effect. Plaintiffs are planning to file their motion for a preliminary injunction as soon as this coming Friday, August 16, 2019.

Pursuant to this Court's Practice and Procedures Manual concerning pretrial briefs in civil cases, Plaintiffs' memorandum of law in support of their motion for a preliminary injunction would ordinarily be limited to 20 pages. Plaintiffs respectfully submit this Motion for Leave to File Excess Pages to seek leave of Court to file a memorandum of law of no more than 40 pages in support of their planned motion for a preliminary injunction. Plaintiffs respectfully submit that there is good cause for the requested expansion of the page limits, as set forth below:

In their motion for a preliminary injunction, Plaintiffs will ask that this Court enjoin the implementation of the key provisions of the Law, to be codified as Sections 2-2-142, 2-2-143, 2-19-145 of the Tennessee Code, which impose severe civil and criminal penalties on voter registration activity. In order to prove their right to the relief sought, Plaintiffs will have to show their likelihood of success on the merits on numerous critically important issues, including their standing, the unconstitutional vagueness of the challenged provisions, the burden they impose on First Amendment free speech and associational rights pertaining to voter registration activities, and the unconstitutionality of the compelled disclaimer requirement in the Law. Plaintiffs will also have to show that they will be immediately and irreparably injured if an injunction does not issue, and that the balance of the equities and the public interest favors the relief requested. These issues are fact-intensive and require discussion of the many ways that the Law impedes the four Plaintiffs' constitutionally-protected conduct.

Plaintiffs therefore request leave to file a memorandum of law in support of their motion for a preliminary injunction of not more than 40 pages, excluding the case caption, signature lines, and certificate of service, as per Middle District of Tennessee Local Rule 7.03(a).

Based on the foregoing, Plaintiffs request that the Court grant the relief requested. Plaintiffs have submitted a Proposed Order contemporaneously herewith as Exhibit A.

August 14, 2019

Respectfully submitted,

*/s/ Taylor A. Cates*

TAYLOR A. CATES, BPR No. 20006
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com

IRA M. FEINBERG
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
ira.feinberg@hoganlovells.com

JON GREENBAUM
EZRA D. ROSENBERG
JULIE HOUK
POOJA CHAUDHURI
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

ALLISON M. RYAN
CARRIE DELONE*
KYLE DRUDING*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com

YAEL BROMBERG
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(202) 995-1808
yaelbromberglaw@gmail.com

*pro hac forthcoming

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss has been served via the Court's electronic case filing system to:

ALEXANDER S. RIEGER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov

KELLEY L. GROOVER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
kelley.groover@ag.tn.gov

on this 14th day of August, 2019.

                 /s/ Taylor A. Cates
                 TAYLOR A. CATES

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that opposing counsel was consulted via email regarding the relief requested herein on August 14, 2019. Opposing counsel indicated that there was no objection.

*/s/ Taylor A. Cates*
Taylor A. Cates
