IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

## PLAINTIFFS' MOTION FOR PRELMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs request that the Court preliminarily enjoin the implementation of Tennessee's new law, Public Chapter 250 (the "Law"), to be codified as Sections 2-2-142, 2-2-143, 2-19-145 of the Tennessee Code, which is scheduled to take effect on October 1, 2019. In support of this Motion, Plaintiffs will rely on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and the Declarations of Gloria Jean Sweet-Love of the Tennessee State Conference of the N.A.A.C.P

1

(Exhibit 1), Sekou Franklin of Democracy Nashville-Democratic Communities (Exhibit 2), Charlane Oliver of The Equity Alliance (Exhibit 3), and David Goodman of The Andrew Goodman Foundation (Exhibit 4). Plaintiffs respectfully request that the Court schedule a hearing on this Motion.

August 16, 2019

Respectfully submitted,

*/s/ Taylor A. Cates*
TAYLOR A. CATES, BPR No. 20006
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com

JON GREENBAUM
EZRA D. ROSENBERG
JULIE HOUK
POOJA CHAUDHURI
LAWYERS'COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

IRA M. FEINBERG
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
ira.feinberg@hoganlovells.com

ALLISON M. RYAN
CARRIE DELONE*
KYLE DRUDING*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com

2

YAEL BROMBERG
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

*pro hac forthcoming*

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–Democratic Communities, The Equity Alliance, and The Andrew Goodman Foundation*

# CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing document has been served via the Court's CM/ECF electronic case filing system to:

ALEXANDER S. RIEGER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov

KELLEY L. GROOVER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
kelley.groover@ag.tn.gov

on this 16th day of August, 2019.

*/s/ Taylor A. Cates*
TAYLOR A. CATES