IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Defendants' opposition thereto, and such other evidence as the parties have submitted, and Plaintiffs having proved the likelihood of success on the merits, that they will be immediately and irreparably injured if a preliminary injunction is not issued, that the balance of the equities and the public interest favors

1

relief at this time, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

Pending further Order of this Court, Defendants are preliminarily enjoined from enforcing Public Chapter 250, to be codified as Sections 2-2-142, 2-2-143, 2-19-145 of the Tennessee Code, scheduled to take effect October 1, 2019.

Signed this _____ day of _____, 2019.

_____

U.S. District Judge Aleta A. Trauger