# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>        Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>        Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

**PLAINTIFFS' MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request leave of Court to submit as supplemental legal authority a recent decision of the United States Court of Appeals for the Seventh Circuit that is relevant to the Article III standing issue in this litigation. Plaintiffs addressed the standing issue in both their Memorandum of Law in Opposition to Defendants' Motion to Dismiss and their Memorandum of

1

Law in Support of their Motion for Preliminary Injunction, and the recent decision is relevant to both pending motions.

On August 27, 2019, the Seventh Circuit issued its opinion in *Common Cause Indiana v. Lawson*, Nos. 18-2491 & 18-2492 (7th Cir. Aug. 27, 2019) ("*Common Cause*"), affirming the grant of preliminary injunctions enjoining implementation of an Indiana law that removed voters from the rolls based on information received from a third-party data database rather than in response to direct contact with voters as mandated by the National Voter Registration Act ("NVRA"), 52 U.S.C. §§ 20501-11. Slip op. at 2. In doing so, the Seventh Circuit rejected a challenge to the standing of the plaintiff civic engagement organizations to bring a pre-enforcement challenge to a newly passed state law relating to the removal of voters from the rolls. *Id.* at 16–22. Relying in part on authority from the Sixth Circuit, the Seventh Circuit concluded that the plaintiffs in the case had standing because, as in this case, the additional expenditures needed to comply with the law and diversion of resources from the plaintiffs' existing programming were sufficiently concrete, particularized, and imminent to meet Article III standing requirements. *Id.* at 13–15, 19. A copy of the Seventh Circuit's slip opinion in *Common Cause* is submitted with this Motion as Exhibit A.

We respectfully request that the Court consider *Common Cause* as supplemental authority in further support of both Plaintiffs' Opposition to Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction.

2

Dated: August 29, 2019					Respectfully submitted,

/s/ Taylor A. Cates
TAYLOR A. CATES, BPR No. 20006
WILLIAM D. IRVINE JR., BPR No. 35193
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com
wirvine@bpjlaw.com


JON GREENBAUM*
EZRA D. ROSENBERG*
JULIE HOUK*
POOJA CHAUDHURI*
LAWYERS'COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
pchaudhuri@lawyerscommittee.org

IRA M. FEINBERG*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

ALLISON M. RYAN*
CAROLYN A. DELONE**
KYLE M. DRUDING**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com

3

YAEL BROMBERG*
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

DANIEL AYOADE YOON, BPR No. 028798
2004 8th Ave S
Nashville, TN 37204
(615) 541-5141
danielayoadeyoon@gmail.com

*admitted pro hac vice
**to be admitted pro hac vice

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation*

# CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing document has been served via the Court's CM/ECF electronic case filing system to:

ALEXANDER S. RIEGER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov

KELLEY L. GROOVER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
kelley.groover@ag.tn.gov

29th day of August, 2019.

*/s/ Taylor A. Cates*
TAYLOR A. CATES