IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, HERBERT SLATERY III, in his official capacity as Attorney General of the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:19-cv-00365<br>Judge Aleta A. Trauger |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELMINARY INJUNCTION AND FOR EXCESS PAGES IN THEIR REPLY**

Plaintiffs respectfully request leave of Court to file a Reply Brief in response to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, and request for excess pages in their reply. Plaintiffs filed their Motion for Preliminary Injunction on August 16, 2019. Defendants filed their Response in Opposition on August 30, 2019. Pursuant to this Court's

1

Practice and Procedures Manual and Middle District of Tennessee Local Rule 7.01, Plaintiffs, with leave of Court, may file a reply to a non-dispositive motion within 7 days of service of the response. Plaintiffs, thus, seek leave of Court to file a reply that addresses Defendants' arguments. Plaintiffs' reply brief is attached hereto as Exhibit B.

In addition, pursuant to the Middle District of Tennessee's Local Rule 7.01(a), Plaintiffs' reply would ordinarily be limited to 5 pages. Plaintiffs respectfully request that they be permitted to submit a reply of not more than 12 pages, excluding the case caption, signature lines, and certificate of service, as per Middle District of Tennessee Local Rule 7.03(a).

Based on the foregoing, Plaintiffs request that the Court enter the Proposed Order attached hereto as Exhibit A.

Dated: September 6, 2019

Respectfully submitted,

*/s/ Taylor A. Cates*
TAYLOR A. CATES, BPR No. 20006
WILLIAM D. IRVINE JR., BPR No. 35193
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com
wirvine@bpjlaw.com

JON GREENBAUM*
EZRA D. ROSENBERG*
JULIE HOUK*
POOJA CHAUDHURI*
LAWYERS'COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org

2

erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

IRA M. FEINBERG*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

ALLISON M. RYAN*
CAROLYN A. DELONE**
KYLE M. DRUDING**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com

YAEL BROMBERG*
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

DANIEL AYOADE YOON, BPR No. 028798
2004 8th Ave S
Nashville, TN 37204
(615) 541-5141
danielayoadeyoon@gmail.com

*admitted pro hac vice
**pro hac vice pending

*Counsel for the Tennessee State Conference of the N.A.A.C.P., Democracy Nashville–*

3

*Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing document has been served via the Court's CM/ECF electronic case filing system to:

ALEXANDER S. RIEGER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov

KELLEY L. GROOVER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
kelley.groover@ag.tn.gov

This 6th day of September, 2019.

/s/ *Taylor A. Cates*
TAYLOR A. CATES