UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-00365 <br> Judge Aleta A. Trauger |

## PRELIMINARY INJUNCTION ORDER

For the reasons explained in the accompanying Memorandum, the plaintiffs' Motion for Preliminary Injunction (Docket No. 54) is hereby **GRANTED**. The court finds that the plaintiffs have demonstrated a strong likelihood of success on the merits, that they would suffer irreparable harm if the injunction is not granted, and that the public interest strongly favors granting the injunction. The defendants are therefore **ORDERED** not to take any steps to implement, enforce, conduct investigations pursuant to, or assist in any prosecution under Tenn. Code Ann. § 2-2-142(a), Tenn. Code Ann. § 2-2-142 (e)–(g), Tenn. Code Ann. § 2-2-143, or Tenn. Code Ann. §

2-19-145. Nothing in this Order should be construed to limit any official's authority to enforce any other provisions of the state's election code, regardless of whether the activity to which the code is being applied would also constitute a violation of any of the enjoined provisions.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge