IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE, N.A.A.C.P., ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TRE HARGETT, ET AL., | ) ) |
| Defendants. | ) |

Civil No. 3:19-cv-00365
Judge Trauger

_____

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TRE HARGETT, ET AL., | ) ) |
| Defendants. | ) |

Civil No. 3:19-cv-00385
Judge Trauger

## ORDER OF CONSOLIDATION

It is hereby ORDERED that these cases are CONSOLIDATED for all purposes, including trial. Separate dispositive motion briefing will take place, despite the consolidation.

All filings shall be made, pursuant to this court's standard practice, under the earlier case number, 3:19-cv-365.

It is so **ORDERED**.

ENTER this 4th day of November 2019.

_____
ALETA A. TRAUGER
U.S. District Judge