IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br> ———————————————— <br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**UNOPPOSED MOTION OF PLAINTIFFS LEAGUE OF WOMEN VOTERS OF TENNESSEE et al. FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs League of Women Voters of Tennessee, League of Women Voters of Tennessee Education Fund, American Muslim Advisory Council, Mid-South Peace & Justice Center, Memphis Central Labor Council, Rock the Vote, and HeadCount ("Plaintiffs") respectfully move under Federal Rule of Civil Procedure 15(a)(2) for leave to file their Second Amended Complaint. Defendants do not oppose this motion. Plaintiffs' Proposed Second Amended Complaint ("SAC") (attached as Exhibit A) amends the previous operative complaint (ECF No. 37) in one primary respect: to assert claims under the National Voter Registration Act ("NVRA"). Specifically, the proposed SAC adds three claims under the NVRA that Plaintiffs

1

could not bring at the time they filed this action or for some time after the action was filed, due to the 90-day notice period the NVRA imposes after Plaintiffs notified Defendants of their NVRA violations on May 9, 2019. *See* 52 U.S.C. § 20510(b). This amendment also complies with the time limits set by the scheduling order in this case. *See* ECF No. 69 at 3.

Dated: December 4, 2019

Respectfully submitted,

*/s/ Theresa J. Lee*

Sophia Lin Lakin\*
Theresa J. Lee\*
Davin M. Rosborough\*
Dale E. Ho\*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
dho@aclu.org

Sarah Brannon\*, \*\*
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, DC 20005
Tel.: (202) 544-1681
sbrannon@aclu.org
\*\* not admitted in DC; DC practice limited to federal court only

William H. Harbison, BPR#7012
C. Dewey Branstetter, Jr. BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
Tel.: (615) 742-4200
bharbison@srvhlaw.com
dbranstetter@srvhlaw.com
hbranstetter@srvhlaw.com

Thomas H. Castelli, BPR#024849
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
tcastelli@aclu-tn.org

Danielle Lang\*
Molly Danahy \*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel.: (202) 736-2200
dlang@campaignlegal.org
mdanahy@campaignlegal.org

Michelle Kanter Cohen\*
Cecilia Aguilera\*
Jon Sherman\*
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
Tel.: (202) 331-0114
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
jsherman@fairelectionscenter.org

*Attorneys for Plaintiffs*
\*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 4, 2019 by operation of the Court's electronic filing system on the following:

>Alexander S. Rieger
>Kelley L. Groover
>Office of the Attorney General and Reporter
>War Memorial Building, 3rd Floor
>P.O. Box 20207
>Nashville, TN 37202
>(615) 741-2408
>alex.rieger@ag.tn.gov
>kelley.groover@ag.tn.gov

>>*/s/ Theresa J. Lee*
>>Theresa J. Lee