IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br> _____ <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**UNOPPOSED MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT OF PLAINTIFFS TENNESSEE NAACP ET AL.,**

Pursuant to the Court's November 4, 2019 Case Management Order 2 (Dkt. 65), Plaintiffs respectfully seek leave to file a First Amended Complaint in *Tennessee NAACP, et al. v. Hargett, et al*. In this action, Plaintiffs are challenging the constitutionality of a Tennessee law, Public Chapter 250 (the "Act"), which imposes severe restrictions on organizations seeking to conduct voter registration drives. Plaintiffs' First Amended Complaint adds two claims (Counts V and VI) and clarifies and adds averments as to the previously pled claims. Defendants do not object to the filing of this motion.

1

In Counts V and VI, Plaintiffs add allegations regarding violations of Sections 8(a)(2) and 8(b) of the National Voter Registration Act of 1993. 52 U.S.C. §§ 20507(a)(2), 20507(b)(1). These claims were noticed in Plaintiffs' May 14, 2019 letter to Defendants Secretary Hargett and Coordinator Goins as required by 52 U.S.C. § 20510(b).

As it relates to Plaintiffs' previously pled allegations, Plaintiffs clarify and add averments as to claims brought under the Due Process Clause of the Fourteenth Amendment (Count I), the First and Fourteenth Amendment protections accorded to political speech and association and expression in connection with the fundamental right to vote (Counts II and IV), and the Free Speech Clause of the First Amendment (Count III). In particular, Plaintiffs' amendments include the following: (1) the phrase "voter registration drive" is vague; (2) the requirement that the mandatory disclaimer be "conspicuous and prominently placed" such that it is not "difficult to read or hear" and cannot "be easily overlooked," *id.* § 2-19-145(a)(2), is vague; (3) the Act imposes individual and cumulative burdens on Plaintiffs' voter registration activities; (4) the requirement of "consent" for retention of voter information, *id.* § 2-2-142(b), is vague and overly burdensome; and (5) the 10-day turnaround requirement for submitting "complete" forms, *id*. § 2-2-142(a)(2), is at odds with the penalties for submitting "incomplete" forms, *id.* § 2-2-143(a)–(c). These amendments are made in light of this Court's Orders in *Tennessee NAACP v. Hargett*, No. 19-cv-365, Prelim. Inj. Order ( Dkt. 53) and *League of Women Voters v. Hargett*, No. 19-cv-385, Prelim. Inj. Order, (Dkt. 60) (now consolidated) enjoining implementation of Tenn. Code. Ann. § 2-2-142(a)–(b) and § 2-2-142 (e)–(g), Tenn. Code Ann. § 2-2-143, and Tenn. Code Ann. § 2-19-145.

Plaintiffs' Proposed Order and First Amended Complaint are attached as Exhibits A and B to this Motion. Plaintiffs respectfully request that this Court grant their Motion.

Respectfully submitted this 4th day of December, 2019.

*/s/ Ezra D. Rosenberg*
EZRA D. ROSENBERG*
JON GREENBAUM*
JULIE HOUK*
POOJA CHAUDHURI*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
jhouk@lawyerscommittee.org


IRA M. FEINBERG*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

ALLISON M. RYAN*
CAROLYN A. DELONE*
MADELINE GITOMER*
KYLE DRUDING*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
madeline.gitomer@hoganlovells.com

YAEL BROMBERG*
BROMBERG LAW LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

TAYLOR A. CATES, BPR No. 20006
BURCH, PORTER, & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com

DANIEL AYOADE YOON, BPR No. 028798
2004 8th Ave S
Nashville, TN 37204
(615) 541-5141
danielayoadeyoon@gmail.com

*admitted pro hac vice*

*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I do hereby certify on the 4th Day of December, 2019, that a true and correct copy of the Motion for Leave has been served via the Court's electronic case filing system to:

ALEXANDER S. RIEGER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov

KELLEY L. GROOVER
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
kelley.groover@ag.tn.gov

JANET M. KLEINFELTER
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
Janet.Kleinfelter@ag.tn.gov
 (615) 741-7403

ANDREW B. CAMPBELL
Senior Assistant Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Andrew.Campbell@ag.tn.gov
(615) 532-0356

*Counsel for Defendants*

/s/ Pooja Chaudhuri
Pooja Chaudhuri