IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br><br>――――――――――――――――――― <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**REVISED CERTIFICATE OF SERVICE FOR
UNOPPOSED MOTION OF PLAINTIFFS LEAGUE OF WOMEN VOTERS OF
TENNESSEE et al. FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

I hereby certify that a true and correct copy of the Unopposed Motion of Plaintiffs League of Women Voters of Tennessee et al. for Leave to File Second Amended Complaint and the Proposed Second Amended Complaint, ECF No. 69 and 69-1, was served on December 4, 2019 by operation of the Court's electronic filing system on the following:

| | |
|---|---|
| Alexander S. Rieger <br> Kelley L. Groover <br> Andrew B. Campbell <br> Office of the Attorney General and Reporter <br> War Memorial Building, 3rd Floor <br> P.O. Box 20207 | Allison M. Ryan <br> Carolyn A. DeLone <br> Kyle Druding <br> Madeline Gitomer <br> Hogan Lovells US LLP <br> Columbia Square |

Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov
kelley.groover@ag.tn.gov
andrew.campbell@ag.tn.gov

Ezra D. Rosenberg
Jon Greenbaum
Julie Houk
Pooja Chaudhuri
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW
Suite 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
jhouk@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

Yael Bromberg
Bromberg Law LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(202) 995-1808
yaelbromberglaw@gmail.com

Daniel Yoon
Law Office of Daniel Ayoade Yoon
2004 8th Ave S
Nashville, TN 37204
(908) 380-5141
danielayoadeyoon@gmail.com

555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com
madeline.gitomer@hoganlovells.com

Allison M. Ryan
Carolyn A. DeLone
Kyle Druding
Madeline Gitomer
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.holt@hoganlovells.com
carrie.delone@hoganlovells.com
kyle.druding@hoganlovells.com
madeline.gitomer@hoganlovells.com

Ira M. Feinberg
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

Taylor A. Cates
Burch, Porter & Johnson, PLLC
130 N Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com


*/s/ Theresa J. Lee*
Theresa J. Lee
Counsel for League of Women Voters of Tennessee *et al.* Plaintiffs