IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br>_____<br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; ~~3:19-cv-385~~ <br> Hon. Aleta A. Trauger |

**UNOPPOSED MOTION OF PLAINTIFFS LEAGUE OF WOMEN VOTERS OF TENNESSEE et al. FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs League of Women Voters of Tennessee, League of Women Voters of Tennessee Education Fund, American Muslim Advisory Council, Mid-South Peace & Justice Center, Memphis Central Labor Council, Rock the Vote, and HeadCount ("Plaintiffs") respectfully move under Federal Rule of Civil Procedure 15(a)(2) for leave to file their Second Amended Complaint. Defendants do not oppose this motion. Plaintiffs' Proposed Second Amended Complaint ("SAC") (attached as Exhibit A) amends the previous operative complaint (ECF No. 37) in one primary respect: to assert claims under the National Voter Registration Act ("NVRA"). Specifically, the proposed SAC adds three claims under the NVRA that Plaintiffs

1