*Motion GRANTED.*

*[signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br> _____ <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**UNOPPOSED MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT OF PLAINTIFFS TENNESSEE NAACP ET AL.,**

Pursuant to the Court's November 4, 2019 Case Management Order 2 (Dkt. 65), Plaintiffs respectfully seek leave to file a First Amended Complaint in *Tennessee NAACP, et al. v. Hargett, et al*. In this action, Plaintiffs are challenging the constitutionality of a Tennessee law, Public Chapter 250 (the "Act"), which imposes severe restrictions on organizations seeking to conduct voter registration drives. Plaintiffs' First Amended Complaint adds two claims (Counts V and VI) and clarifies and adds averments as to the previously pled claims. Defendants do not object to the filing of this motion.

1