IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants.* <br>_____ <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants.* | Civil No. 3:19-cv-365 <br> Judge Aleta A. Trauger |

## AMENDED CASE MANAGEMENT ORDER

By consent of the Parties, the Court orders that the deadlines in the Initial Joint Case Management Order, ECF. No. 65, be amended as follows:

A. DISCOVERY: The Parties shall complete all written discovery and depose all fact witnesses on or before June 19, 2020. Discovery is not stayed during dispositive motions, unless ordered by the Court. Absent leave of Court or agreement of the Parties, all written discovery requests (excluding Requests for Admission) shall be served no later than April 30, 2020. Local

1

Rule 33.01(b) is expanded to allow 40 interrogatories, including subparts. No motions concerning discovery are to be filed until after the Parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated in a conference telephone call with Judge Trauger.

  B. MOTIONS TO AMEND: The Parties shall file all Motions to Amend the complaints on or before <u>December 4, 2019</u>.

  C. DISCLOSURE OF EXPERTS: The Plaintiffs shall identify and disclose all expert witnesses and expert reports on or before <u>August 3, 2020</u>. The Defendants shall identify and disclose all expert witnesses and reports on or before <u>August 24, 2020</u>. Plaintiffs shall file all rebuttal expert reports on or before <u>September 14, 2020</u>.

  D. DEPOSITIONS OF EXPERT WITNESSES: The Parties shall depose all expert witnesses on or before <u>October 16, 2020</u>.

  E. JOINT MEDIATION REPORT: If necessary, the Parties shall file a joint mediation report on or before <u>January 5, 2021</u>.

  F. DISPOSITIVE MOTIONS: The Parties shall file all dispositive motions on or before <u>November 23, 2020</u>. Responses to dispositive motions shall be filed within twenty-one (21) days after the filing of the motion. Optional replies may be filed within ten (10) days after the filing of the response. Opening briefs shall not exceed <u>40 pages</u>. Reply briefs shall not exceed <u>20 pages</u>. No motion for partial summary judgment shall be filed except upon leave of Court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the Court.

  It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:


/s/ Ezra D. Rosenberg
Attorney for Plaintiffs Tennessee State Conference of the N.A.A.C.P., Democracy Nashville-Democratic Communities, The Equity Alliance, and the Andrew Goodman Foundation

/s/ Theresa J. Lee
Attorney for Plaintiffs League of Women Voters of Tennessee, League of Women Voters of Tennessee Education Fund, American Muslim Advisory Council, Mid-South Peace & Justice Center, Memphis Central Labor Council, Rock the Vote, and Headcount

/s/ Alexander S. Rieger
Attorney for Defendants