IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br> _____ <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**REVISED CERTIFICATE OF SERVICE FOR UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO QUASH SUBPOENA**

I hereby certify that a true and correct copy of the Unopposed Motion of Plaintiffs League of Women Voters of Tennessee et al. and Tennessee State Conference of the N.A.A.C.P. et al. for Extension of Time to Respond to Motion to Quash Subpoena, ECF No. 86, was served on January 28, 2020 by operation of the Court's electronic filing system on the following:

Steven Douglass
Harris, Shelton, Hanover & Walsh, PLLC
40 S. Main Street, Suite 2700
Memphis, TN 38103
(901) 525-1455
sdouglass@harrisshelton.com

Alexander S. Rieger
Kelley L. Groover
Andrew B. Campbell
Office of the Attorney General and Reporter
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202

1

(615) 741-2408
alex.rieger@ag.tn.gov
kelley.groover@ag.tn.gov
andrew.campbell@ag.tn.gov

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin
Counsel for League of Women Voters of
Tennessee *et al.* Plaintiffs