## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

TENNESSEE STATE CONFERENCE OF
THE N.A.A.C.P., *et al.*,

        *Plaintiffs*,

v.

TRE HARGETT, in his official capacity as
Secretary of State of the State of Tennessee, *et
al.*,

        *Defendants.*

LEAGUE OF WOMEN VOTERS OF
TENNESSEE, *et al.*,

        *Plaintiffs*,

v.

TRE HARGETT, in his official capacity as
Secretary of State of the State of Tennessee, *et
al.*,

        *Defendants.*

Civil No. 3:19-cv-365
Judge Aleta A. Trauger

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO QUASH SUBPOENA

Plaintiffs respectfully request that the Court extend their deadline to respond to the

Motion to Quash Subpoena (Dkt. No. 81) filed by non-party Linda Phillips, Shelby County

Administrator of Elections, by an additional week from February 19, 2020, to February 26, 2020.

Movant Phillips does not oppose this extension of time.

On January 15, 2020, Movant Phillips filed a motion to quash a subpoena for documents

issued under Federal Rule of Civil Procedure 45. Plaintiffs and Movant have had several

productive discussions by telephone and email regarding the scope of the subpoena and timing of response and have reached a preliminary agreement on all issues. Plaintiffs and Movant are continuing to meet and confer to finalize this agreement and to come to agreement on the terms of a joint filing and proposed order that will hopefully resolve all issues underlying the motion to quash before this Court.

Given these developments and the likelihood of a complete compromise, and in the interest of efficiency and conserving Court and party resources, Plaintiffs respectfully request that the Court extend their deadline to respond to the Motion to Quash by an additional week, to February 26, 2020.

Dated:  February 19, 2020

Respectfully submitted,

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin*
Theresa J. Lee*
Davin M. Rosborough*
Dale E. Ho*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
dho@aclu.org

Thomas H. Castelli, BPR#024849
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
tcastelli@aclu-tn.org

Sarah Brannon*, **
American Civil Liberties Union Foundation

915 15th Street, 6th Floor
Washington, DC 20005
(202) 544-1681
sbrannon@aclu.org

Danielle Lang*
Molly Danahy*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mdanahy@campaignlegal.org

William H. Harbison, BPR#7012
C. Dewey Branstetter, Jr., BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
(615) 742-4200
bharbison@srvhlaw.com dbranstetter@srvhlaw.co
m hbranstetter@srvhlaw.com

Michelle Kanter Cohen*
Cecilia Aguilera*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org caguilera@f
airelectionscenter.org jsherman@fairelectionscenter
.org

*Admitted *pro hac vice*
** Not admitted in DC; DC practice limited to
federal court only

Attorneys for Plaintiffs in *League of Women Voters
of Tennessee, et al. v. Hargett*


 /s/ *Ezra D. Rosenberg*
 Ezra D. Rosenberg*
 Julie Houk*

Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
ihouk@lawyerscommittee.org
nehaudhuri@lawyerscommittee.org

Ira M. Feinberg*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
irafeinberg@thoganlovells.com

Allison M. Ryan*
Carolyn A. Delone*
Madeline Gitomer*
Kyle Druding*
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.ryan@hoganlovells.eom
carrie.delone@hoganlovells.com
madeline.gitomer@hoganlovells.com
kyle.druding@hoganlovells.com

Yael Bromberg*
Bromberg Law LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

Taylor A. Cates, BPR No. 20006
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tcates@bpjlaw.com
wirvine@bpjlaw.com

*Admitted *pro hac vice*

Attorneys for Plaintiffs in *Tennessee State Conference of the N.A.A.C.P., et al. v. Hargett*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been served

on February 19, 2020 by operation of the Court's electronic filing system on the following:

Steven Douglass
Harris, Shelton, Hanover & Walsh, PLLC
40 S. Main Street, Suite 2700
Memphis, TN 38103
(901) 525-1455
sdouglass@harrisshelton.com

Alexander S. Rieger
Kelley L. Groover
Andrew B. Campbell
Office of the Attorney General and Reporter
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
alex.rieger@ag.tn.gov
kelley.groover@ag.tn.gov
andrew.campbell@ag.tn.gov

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin