IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

*[Signature]*

TENNESSEE STATE CONFERENCE OF
THE N.A.A.C.P., *et al.*,

    *Plaintiffs*,

v.

TRE HARGETT, in his official capacity as
Secretary of State of the State of Tennessee, *et al.*,

    *Defendants*.

LEAGUE OF WOMEN VOTERS OF
TENNESSEE, *et al.*,

    *Plaintiffs*,

v.

TRE HARGETT, in his official capacity as
Secretary of State of the State of Tennessee, *et al.*,

    *Defendants*.

Civil No. 3:19-cv-365
Judge Aleta A. Trauger

**JOINT MOTION FOR ORDER ON MOTION TO QUASH**

On January 15, 2020, non-party movant Linda Phillips, Shelby County Administrator of Elections, filed a motion to quash a subpoena for documents issued by Plaintiffs in this action under Federal Rule of Civil Procedures 45 (Dkt. No. 81). Plaintiffs and Movant, by and through their attorneys, have conferred and reached agreements as to the documents and communications