# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br><br> ——————————————————— <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Judge Aleta A. Trauger |

## LEAGUE OF WOMEN VOTERS OF TENNESSEE–PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

Plaintiffs League of Women Voters, League of Women Voters Tennessee Education Fund (collectively, "the League"), American Muslim Advisory Council ("AMAC"), Mid-South Peace & Justice Center ("MSPJC"), Rock the Vote, Memphis Central Labor Council ("MCLC"), and HeadCount respectfully move this Court under 42 U.S.C. § 1988 and other authority for an award of attorneys' fees, costs, and expenses. The attorneys' fees requested are $479,102.85. Plaintiffs do not seek any fee enhancement from the lodestar amount. Finally, the amount of expenses to be reimbursed is $3,928.49. As demonstrated in the supporting memorandum, which is incorporated

1

by reference, the amounts requested are reasonable and justified by established law and indeed substantially understate the fees and expenses actually incurred.

Plaintiffs reserve the right to seek additional fees and expenses and/or to forego the voluntary reductions already applied in their fee petition in the event a reply brief, preparation for a hearing, or other compensable work becomes necessary in order to obtain a reasonable fee award for the work performed in this matter.

| | |
|---|---|
| Dated: December 21, 2020 | Respectfully submitted, |
| */s/ Theresa J. Lee* | Thomas H. Castelli, BPR#024849 |
| Theresa J. Lee* | Legal Director |
| Sophia Lin Lakin* | ACLU Foundation of Tennessee |
| Davin M. Rosborough* | P.O. Box 120160 |
| Dale E. Ho* | Nashville, TN 37212 |
| American Civil Liberties Union Foundation | Tel.: 615-320-7142 |
| 125 Broad Street, 18th Floor | tcastelli@aclu-tn.org |
| New York, NY 10004 | |
| Tel.: (212) 549-2500 | Danielle Lang* |
| slakin@aclu.org | Molly Danahy* |
| tlee@aclu.org | Campaign Legal Center |
| drosborough@aclu.org | 1101 14th Street NW, Suite 400 |
| dho@aclu.org | Washington, DC 20005 |
| | Tel.: (202) 736-2200 |
| Sarah Brannon*, ** | dlang@campaignlegal.org |
| American Civil Liberties Union Foundation | mdanahy@campaignlegal.org |
| 915 15th Street, 6th Floor | |
| Washington, DC 20005 | Michelle Kanter Cohen* |
| Tel.: (202) 544-1681 | Jon Sherman* |
| sbrannon@aclu.org | Fair Elections Center |
| ** not admitted in DC; DC practice limited to federal court only | 1825 K Street NW, Suite 450 |
| | Washington, DC 20006 |
| William H. Harbison, BPR#7012 | Tel.: (202) 331-0114 |
| C. Dewey Branstetter, Jr. BPR#9367 | mkantercohen@fairelectionscenter.org |
| Hunter C. Branstetter, BPR#32004 | jsherman@fairelectionscenter.org |
| Sherrard Roe Voigt & Harbison | |
| 150 3rd Avenue South, Suite 1100 | *Attorneys for League of Women Voters of Tennessee Plaintiffs* |
| Nashville, TN 37301 | *admitted *pro hac vice* |
| Tel.: (615) 742-4200 | |
| bharbison@srvhlaw.com | |
| dbranstetter@srvhlaw.com | |
| hbranstetter@srvhlaw.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on December 21, 2020 by operation of the Court's electronic filing system on the following:

>Alexander S. Rieger
>Andrew B. Campbell
>Kelley L. Groover
>Office of the Attorney General and Reporter
>War Memorial Building, 3rd Floor
>P.O. Box 20207
>Nashville, TN 37202
>(615) 741-2408
>alex.rieger@ag.tn.gov
>andrew.campbell@ag.tn.gov
>kelley.groover@ag.tn.gov

>/s/ *Theresa J. Lee*
>Theresa J. Lee