# EXHIBIT 2

**League of Women Voters v. Hargett**
**Total Hours**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| William Harbison | $700 | 34.40 | $24,080.00 |
| Dewey Branstetter | $500 | 39.30 | $19,650.00 |
| Thomas Castelli | $475 | 40.30 | $19,142.50 |
| Sarah Brannon | $475 | 93.43 | $44,379.25 |
| Jon Sherman | $450 | 7.80 | $3,510.00 |
| Michelle Kanter Cohen | $450 | 58.20 | $26,190.00 |
| Davin Rosborough | $425 | 122.72 | $52,156.00 |
| Theresa Lee | $410 | 215.06 | $88,174.60 |
| Sophia Lin Lakin | $400 | 145.71 | $58,284.00 |
| Danielle Lang | $400 | 45.60 | $18,240.00 |
| Molly Danahy | $335 | 66.30 | $22,210.50 |
| Hunter Branstetter | $325 | 157.70 | $51,252.50 |
| Urja Mittal | $310 | 115.60 | $35,836.00 |
| Cecilia Aguilera | $290 | 14.10 | $4,089.00 |
| Jeffrey Zalesin | $270 | 25.40 | $6,858.00 |
| Lila Carpenter | $150 | 33.67 | $5,050.50 |
| **Total** | | **1215.29** | **$479,102.85** |