# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants*. <br><br> ─────────────────────────── <br><br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants*. | Civil Nos. 3:19-cv-365; 3:19-cv-385 <br> Judge Aleta A. Trauger |

## DECLARATION OF DANIELLE M. LANG

Pursuant to 28 U.S.C. § 1746, I, Danielle M. Lang, hereby declare as follows:

1. I am the Co-Director of the Voting Rights and Redistricting program at the Campaign Legal Center ("CLC"). I am admitted pro hac vice in this matter. I have personal knowledge of the facts set forth herein.

2. CLC is a non-profit, non-partisan organization under section 501(c)(3) of the Internal Revenue Code. CLC was established in 2002 in Washington D.C., and works to advance democracy through law, including by vindicating the voting rights of all eligible Americans.

3. CLC has litigated numerous voting rights cases, including but not limited to *Veasey v. Abbott*, 137 S.Ct. 612 (2017); *Gill v. Whitford*, 138 S.Ct. 1916 (2018); *Rucho v. Common Cause*, 139 S.Ct. 2484 (2019); *Mays v. LaRose*, 951 F.3d 775 (6th Cir. 2020); *Jones v. Governor of Florida*, 975 F.3d 1016 (2020); *Texas LULAC v. Whitley*, 2019 WL 793511 (W.D. Tex. Feb. 27, 2019); *Spirit Lake Tribe v. Jaeger*, 2020 WL 625279 (D.N.D. Feb. 10, 2020); *Texas LULAC v. Abbott*, --F.Supp. 3d --, 2020 WL 599969 (W.D. Tex. Oct. 9, 2020); and *Thompson v. Merrill*, 2020 WL 7080308 (M.D. Ala. Dec. 3, 2020).

4. CLC has represented plaintiffs seeking to vindicate their fundamental right to vote in state and federal jurisdictions across the country. Except in rare circumstances, we do not bill our clients for our legal services and did not do so in this case.

5. Together with the national American Civil Liberties Union ("ACLU"), ACLU of Tennessee ("ACLU-TN"), Fair Elections Center ("FEC"), and Sherrard, Roe, Voigt & Harbison, PLC, CLC was retained to represent the League of Women Voters of Tennessee, League of Women Voters of Tennessee Education Fund, American Muslim Advisory Council, Mid-South Peace & Justice Center, Rock the Vote, Memphis Central Labor Council, and HeadCount.

6. CLC's work in this matter began in the spring of 2019. I am fully familiar with all aspects of this matter, and the work of CLC attorneys on the same. I was the lead attorney for CLC in this matter. I oversaw the work of my CLC colleagues Molly Danahy, Urja Mittal, and Jeff Zalesin, who served as counsel in this matter. I am familiar with their qualifications.

7. In support of this declaration, CLC submits contemporaneous billing records for the attorney time devoted to this matter. These billing records are attached as Exhibit A. Exhibit A is true, accurate, and based on contemporaneous records of the activities in the case maintained as business records in my office. The records include information by attorney name, date of work, time billed, and a narrative description of the work completed.

8. I have reviewed the time entries for the time that I have expended in this case. I have also reviewed and approved the time entries for the other Campaign Legal Center attorneys that worked on this matter with me. The hours expended were necessary in rendering legal services to the Plaintiffs in this case.

9. In compiling our attorneys' fees, we used reduced rates from the market rate in our region, excluded numerous staff members and timekeepers that worked on this matter, and include only a portion of the work actually performed.

10. In an exercise of billing judgment, all counsel for the League of Women Voters-Plaintiffs are using the hourly rate scale used by our Nashville-based co-counsel, Sherrard Roe Voigt & Harbison, PLC ("SVRH"), in order to ensure the fees sought reflect "the prevailing market rates in the relevant community." *Blum v. Stenson*, 465 U.S. 886, 895 (1984). The hourly rates for CLC staff are reflected in the chart below:

| *Name (position)* | *Hourly Rate* |
|---|---|
| Danielle M. Lang (attorney) | $400 |
| Molly E. Danahy (attorney) | $335 |
| Urja Mittal (attorney) | $310 |
| Jeff Zalesin (attorney) | $270 |

11. I graduated from Yale Law School in 2012. From 2012 to 2013, I clerked for the Honorable Richard A. Paez of the U.S. Court of Appeals for the Ninth Circuit. From 2013 to 2015, I served as a Skadden Fellow in the Employment Rights Project of Bet Tzedek Legal Services in

Los Angeles, where I represented low-wage immigrant workers in wage and hour, discrimination and human trafficking matters. As a labor attorney, I handled complex class-action and federal court litigation. I joined Campaign Legal Center in 2015 and have since managed numerous voting rights cases in district court, appellate court, and the U.S. Supreme Court. After five years at Campaign Legal Center, I manage a team of attorneys and serve as the co-director of the voting rights and redistricting program. I also teach, as an adjunct professor, an Election Law Practicum with Mr. Gerry Hebert at Georgetown University Law Center. This year, I also taught in the Rule of Law Clinic at Yale Law School. I am a member of the District of Columbia, New York and California bars, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the Fifth Circuit, Sixth Circuit, Ninth Circuit, and Eleventh Circuit and the U.S. District Courts for the District of Columbia and Central District of California

12. My colleague Molly Danahy graduated from Georgetown University Law Center in 2016. From 2016 to 2017, Ms. Danahy held a voting rights fellowship at CLC. From 2017 to 2018, Ms. Danahy clerked for the Honorable B. Lynn Winmill of the United States District Court for the District of Idaho. In 2018, Ms. Danahy rejoined CLC as a member of the litigation team and has since served as counsel in numerous voting rights and campaign finance cases. Ms. Danahy is a member of the New York and District of Columbia bars, as well as the bars of the U.S. Courts of Appeals for the Fifth, Sixth, Eleventh, and D.C. Circuits, and the U.S. District Courts for the District of Columbia and the District of Maryland.

13. Urja Mittal graduated from Yale Law School in 2017. From 2017 to 2018, Ms. Mittal clerked for the Honorable Vince Chhabria of the United States District Court for the Northern District of California. From 2018 to 2019, Ms. Mittal served as legal fellow at Campaign Legal Center, where she worked on voting rights and campaign finance reform litigation. As a law

student, Ms. Mittal served as Executive Editor of the Yale Law Journal, and as a constitutional litigation teaching assistant to Judges Guido Calabresi and John Walker. Ms. Mittal also worked as a summer associate at Jenner and Block during the summer of 2016, and as a legal intern at the Criminal Division of the U.S. Attorney's Office for the Southern District of New York and later the Office of Chair Ann Ravel of the Federal Election Commission during the summer of 2015. After her fellowship with Campaign Legal Center, Ms. Mittal clerked on the Supreme Court of California. Ms. Mittal is admitted to the California and the DC Bars, and the bar of the United States District Court for the Northern District of California.

14. Jeff Zalesin graduated from Yale Law School in 2019. From 2019 to 2020, Mr. Zalesin served as a Yale Law Journal Public Interest fellow at Campaign Legal Center, where he worked on voting rights and census-related litigation. In law school, Mr. Zalesin was a member of Yale's Rule of Law clinic, working on litigation related to the 2020 Census and advocacy for expanded voting rights in Connecticut. Mr. Zalesin also worked as a summer associate at Arnold & Porter Kaye Scholer, LLP during the summer of 2018, and as a legal intern at the Campaign Legal Center during the summer of 2017. Mr. Zalesin now serves as a clerk to the Honorable Christopher R. Cooper on the U.S. District Court for the District of Columbia. Mr. Zalesin is a member of the D.C. Bar.

15. All Campaign Legal Center staff have exercised reasonable billing judgment in this case. CLC excluded from its fee request *de minimis* hours spent by attorneys in this matter including senior leadership members Paul Smith and Adav Noti, as well as approximately 24 hours of paralegal and support staff time. In addition. CLC has excluded from its request hours spent on legal team calls and meet and confers which included another CLC attorney who has documented

that time, pre-filing time spent in communication with clients, and hours spent preparing the fee petition in this matter.

16. In total, CLC attorneys and staff devoted over 316.6 hours to this case; however CLC seeks compensation for only 252.9 hours. In sum, CLC seeks a reasonable fee award of $83,132.10, as outlined in the chart below:

| *Name (position)* | *Time Spent* | *Hourly Rate* | *Billable Amount* |
|---|---|---|---|
| Danielle M. Lang (attorney) | 45.6 | $400 | $18,240.00 |
| Molly E. Danahy (attorney) | 66.3 | $335 | $22,210.50 |
| Urja Mittal (attorney) | 115.6 | $310 | $35,823.60 |
| Jeff Zalesin (attorney) | 25.4 | $270 | $6,858.00 |
| **Total** | **252.9** | | **$83,588.10** |

17. These expenses were reasonably incurred by CLC in the course of providing representation to the Plaintiffs, and Plaintiffs' counsel made appropriate efforts during the litigation to reduce unnecessary expenses. CLC has not billed for many of its expenses in litigating this case including Westlaw and LexisNexis costs, phone bills, copying, and other internal office expenses.

18. The hourly rates, hours, and expenses reflected in this declaration and its attachments are customary and reasonable and were necessarily incurred in representing Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on December 21, 2020 in Washington, D.C.

/s/ *Danielle M. Lang*

Danielle M. Lang
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org

6

# EXHIBIT A

| Name | Total Hours | Hours Claimed | Hours Excluded | Year | Rate | Amount Claimed |
|---|---|---|---|---|---|---|
| Adav Noti | 0.3 | 0 | 0.3 | 2003 | 0 | $ - |
| Danielle Lang | 48.3 | 45.6 | 2.7 | 2012 | 400 | $ 18,240.00 |
| Jeffrey Zalesin | 26.7 | 25.4 | 1.3 | 2019 | 270 | $ 6,858.00 |
| Jonathan Diaz | 1.3 | 0 | 1.3 | 2016 | 0 | $ - |
| Lernik Begian | 16.3 | 0 | 16.3 | Para | 0 | $ - |
| Molly Danahy | 71.7 | 66.3 | 5.4 | 2016 | 335 | $ 22,210.50 |
| Moshe Pasternak | 7.8 | 0 | 7.8 | Para | 0 | $ - |
| Paul Smith | 0.5 | 0 | 0.5 | 1979 | 0 | $ - |
| Urja Mittal | 143.7 | 115.6 | 28.2 | 2017 | 310 | $ 35,823.60 |
| Total | 316.6 | 252.9 | 63.8 | - | - | $ 83,132.10 |

316.6

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 2 | Danielle Lang | 4/30/2019 | 0.2 | Mtg with U. Mittal and M. Danahy re: complaint drafting |
| 3 | Danielle Lang | 4/30/2019 | 0.1 | Call with LCCRUL |
| 4 | Danielle Lang | 5/1/2019 | 0.4 | Meeting with U. Mittal |
| 5 | Danielle Lang | 5/3/2019 | 0.3 | Call with S. Lakin reco-counseling agreement |
| 6 | Danielle Lang | 5/4/2019 | 0.2 | Reviewing co-counseling agreement |
| 7 | Danielle Lang | 5/4/2019 | 0.3 | Call with S. Lakin re complaint filing |
| 8 | Danielle Lang | 5/6/2019 | 1.2 | Call with co-counsel re: draft complaint and NVRA letter |
| 9 | Danielle Lang | 5/6/2019 | 2.2 | Reviewing case law, statutory text, and fact development memo for draft complaint and NVRA letter |
| 10 | Danielle Lang | 5/6/2019 | 0.2 | Reviewing and signing co-counseling agreement |
| 11 | Danielle Lang | 5/6/2019 | 0.6 | Meeting with CLC team re: next tasks forcomplaint filing |
| 12 | Danielle Lang | 5/6/2019 | 0.2 | Emails to co-counsel re: research for complaint/NVRA letter |
| 13 | Danielle Lang | 5/7/2019 | 0.3 | Emails with co-counsel re complaint drafting |
| 14 | Danielle Lang | 5/7/2019 | 1.4 | Edits to draft NVRA letter |
| 15 | Danielle Lang | 5/7/2019 | 3.8 | Edits to complaint |
| 16 | Danielle Lang | 5/29/2019 | 1.4 | Litigation team call |
| 17 | Danielle Lang | 6/3/2019 | 0.6 | Reviewing and editing amended complaint |
| 18 | Danielle Lang | 6/10/2019 | 0.6 | Call with litigation team re: amended complaint |
| 19 | Danielle Lang | 6/10/2019 | 0.2 | Meeting with U. Mittal |
| 20 | Danielle Lang | 6/11/2019 | 0.2 | Reviewing new retainer for MCLC |
| 21 | Danielle Lang | 6/12/2019 | 0.4 | Reviewing additional allegations for amended complaint |
| 22 | Danielle Lang | 6/13/2019 | 0.1 | Outreach to client Spread the Vote |
| 23 | Danielle Lang | 6/17/2019 | 0.1 | Reviewing membership standing memo |
| 24 | Danielle Lang | 6/18/2019 | 0.5 | Call with litigation team |
| 25 | Danielle Lang | 6/18/2019 | 0.5 | Call with spread the vote |
| 26 | Danielle Lang | 6/19/2019 | 0.1 | Review of representation termination letter |
| 27 | Danielle Lang | 6/19/2019 | 0.2 | Call with client |
| 28 | Danielle Lang | 6/19/2019 | 4.2 | Edits to amended complaint |
| 29 | Danielle Lang | 6/20/2019 | 0.7 | Call re edits to amended complaint |
| 30 | Danielle Lang | 6/20/2019 | 0.7 | Reviewing edits to the amended complaint |
| 31 | Danielle Lang | 7/16/2019 | 1.4 | Edits to PI draft |
| 32 | Danielle Lang | 7/16/2019 | 2 | Reading and reviewing motion to dismiss in both cases & reviewing other documents in the case to prepare for motion to dismiss review |
| 33 | Danielle Lang | 7/17/2019 | 1.7 | Edits to PI draft |
| 34 | Danielle Lang | 7/26/2019 | 1 | Call re PI |
| 35 | Danielle Lang | 8/19/2019 | 4.2 | Edits to PI draft |
| 36 | Danielle Lang | 8/27/2019 | 3 | Edits to PI draft |
| 37 | Danielle Lang | 9/9/2019 | 1 | Reviewing MTD opinion |
| 38 | Danielle Lang | 9/12/2019 | 0.7 | Reading PI opinion |
| 39 | Danielle Lang | 9/12/2019 | 0.5 | Drafting reply brief |
| 40 | Danielle Lang | 10/22/2019 | 0.4 | Call with co-counsel re: case management |
| 41 | Danielle Lang | 10/29/2019 | 0.4 | Follow up call with legal team re meet and confer |
| 42 | Danielle Lang | 10/29/2019 | 0.6 | Meet and confer with opposing counsel |
| 43 | Danielle Lang | 10/30/2019 | 0.2 | Edits to case management report |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 44 | Danielle Lang | 11/7/2019 | 0.1 | Review of client communication |
| 45 | Danielle Lang | 11/14/2019 | 0.3 | Reviewing initial disclosures |
| 46 | Danielle Lang | 11/15/2019 | 0.3 | Meeting re initial disclosures |
| 47 | Danielle Lang | 11/19/2019 | 0.3 | Meeting with M. Danahy re: initial disclosures |
| 48 | Danielle Lang | 11/25/2019 | 1.2 | Drafting Rule 45 subpoenas to counties |
| 49 | Danielle Lang | 11/27/2019 | 0.6 | Edits to proposed discovery requests |
| 50 | Danielle Lang | 11/27/2019 | 0.8 | Revisions to second amended complaint |
| 51 | Danielle Lang | 12/10/2019 | 0.3 | Reviewing draft discovery |
| 52 | Danielle Lang | 1/16/2020 | 0.3 | Reviewing and assigning research re motion to quash |
| 53 | Danielle Lang | 2/20/2020 | 0.3 | Meeting re: bills proposing to repeal challenged legislation |
| 54 | Danielle Lang | 2/21/2020 | 1.3 | Reviewing proposed legislation and call with co-counsel (.2) |
| 55 | Danielle Lang | 3/23/2020 | 0.3 | Call re impact of pending legislation |
| 56 | Danielle Lang | 3/27/2020 | 0.2 | Correspondence re: bill to repeal restrictions |
| 57 | Danielle Lang | 4/17/2020 | 0.3 | Team call re: next steps in litigation |
| 58 | Jeffery Zalesin | 11/13/2019 | 0.7 | Call with legal team |
| 59 | Jeffery Zalesin | 11/13/2019 | 0.3 | Prep for call with legal team |
| 60 | Jeffery Zalesin | 11/21/2019 | 4.5 | Draft subpoenas for county election administrators |
| 61 | Jeffery Zalesin | 11/22/2019 | 0.2 | Draft subpoena to county election official |
| 62 | Jeffery Zalesin | 11/25/2019 | 0.2 | Reviewing subpoena |
| 63 | Jeffery Zalesin | 11/27/2019 | 0.9 | Review draft discovery requests |
| 64 | Jeffery Zalesin | 12/10/2019 | 0.4 | Call with legal team re discovery matters |
| 65 | Jeffery Zalesin | 12/11/2019 | 1.4 | Reviewing drafts of discovery requests |
| 66 | Jeffery Zalesin | 12/12/2019 | 0.5 | Reviewing drafts of discovery requests |
| 67 | Jeffery Zalesin | 1/3/2020 | 0.6 | Call with legal team re: discovery |
| 68 | Jeffery Zalesin | 1/16/2020 | 0.6 | Call with legal team re: discovery |
| 69 | Jeffery Zalesin | 1/17/2020 | 0.8 | Meet-and-confer call re: motions to quash in W.D. Tenn. |
| 70 | Jeffery Zalesin | 1/22/2020 | 1.7 | Research for opposition to Shelby County motion to quash |
| 71 | Jeffery Zalesin | 1/23/2020 | 5.2 | Research for opposition to Shelby County motion to quash |
| 72 | Jeffery Zalesin | 1/28/2020 | 6.3 | Drafting response to Shelby County motion to quash |
| 73 | Jeffery Zalesin | 2/12/2020 | 0.2 | Review draft proposal to Shelby County for doc production pursuant to subpoena |
| 74 | Jeffery Zalesin | 2/12/2020 | 0.5 | Call with legal team re: discovery |
| 75 | Jeffery Zalesin | 2/18/2020 | 0.1 | Review draft discovery motion |
| 76 | Jeffery Zalesin | 3/27/2020 | 0.3 | Call with co-counsel re pending legislation |
| 77 | Molly Danahy | 4/30/2019 | 0.6 | Legal research final TN bill language |
| 78 | Molly Danahy | 5/6/2019 | 1.3 | Prep for call with co-counsel, post-call notes and follow-up |
| 79 | Molly Danahy | 5/6/2019 | 0.4 | DDC admission - pre-requisite for pro hac |
| 80 | Molly Danahy | 5/7/2019 | 0.7 | Review/revise NVRA letter |
| 81 | Molly Danahy | 5/7/2019 | 1.4 | Revising complaint |
| 82 | Molly Danahy | 5/7/2019 | 0.5 | Discussion with U. Mittal re claims |
| 83 | Molly Danahy | 5/7/2019 | 1.5 | Review draft complaint |
| 84 | Molly Danahy | 5/7/2019 | 1.1 | Review draft NVRA letter |
| 85 | Molly Danahy | 5/7/2019 | 1.1 | Review draft NVRA letter |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 86 | Molly Danahy | 5/8/2019 | 0.3 | Final review of NVRA letter |
| 87 | Molly Danahy | 5/8/2019 | 0.2 | Review NVRA letter |
| 88 | Molly Danahy | 5/8/2019 | 1.5 | Review draft complaint |
| 89 | Molly Danahy | 5/8/2019 | 0.2 | Final review complaint |
| 90 | Molly Danahy | 5/8/2019 | 0.2 | Editing notice letter |
| 91 | Molly Danahy | 5/8/2019 | 0.6 | Call with co-counsel |
| 92 | Molly Danahy | 5/8/2019 | 0.2 | Reviewing revised complaint |
| 93 | Molly Danahy | 5/8/2019 | 0.4 | Review NVRA draft |
| 94 | Molly Danahy | 5/8/2019 | 0.9 | Finalizing complaint |
| 95 | Molly Danahy | 5/9/2019 | 0.7 | Preparing complaint for filing |
| 96 | Molly Danahy | 5/13/2019 | 0.7 | Review retainer agreement |
| 97 | Molly Danahy | 5/14/2019 | 0.1 | Review retainer agreement |
| 98 | Molly Danahy | 5/15/2019 | 1.2 | Call with CLC team and co-counsel |
| 99 | Molly Danahy | 5/15/2019 | 0.2 | Call with U. Mittal |
| 100 | Molly Danahy | 5/16/2019 | 0.2 | Reviewing TN NAACP NVRA letter |
| 101 | Molly Danahy | 5/16/2019 | 0.5 | Communication with legal team |
| 102 | Molly Danahy | 5/28/2019 | 0.2 | Reviewing case deadlines, case management conference |
| 103 | Molly Danahy | 5/29/2019 | 0.6 | Meeting with U. Mittal to prep call with legal team |
| 104 | Molly Danahy | 5/29/2019 | 0.7 | Meeting with U. Mittal to prep fact development calls |
| 105 | Molly Danahy | 6/4/2019 | 0.8 | Reviewing defendants' MTD in related TN NAACP case |
| 106 | Molly Danahy | 6/18/2019 | 0.7 | Call with legal team |
| 107 | Molly Danahy | 6/20/2019 | 0.4 | Review amended complaint |
| 108 | Molly Danahy | 6/21/2019 | 0.9 | Review amended complaint |
| 109 | Molly Danahy | 6/21/2019 | 1.7 | Review amended complaint |
| 110 | Molly Danahy | 6/21/2019 | 0.7 | Review response to MTD in related case |
| 111 | Molly Danahy | 6/28/2019 | 1 | Call with legal team to discuss scheduling conf |
| 112 | Molly Danahy | 7/1/2019 | 0.6 | Discuss scheduling conference with U. Mittal |
| 113 | Molly Danahy | 7/1/2019 | 0.3 | Review proposed scheduling order |
| 114 | Molly Danahy | 7/2/2019 | 0.1 | Meet and conferer with state re CMO |
| 115 | Molly Danahy | 7/15/2019 | 3.3 | Edit MTD opposition brief |
| 116 | Molly Danahy | 7/15/2019 | 0.9 | Review MTD opposition brief |
| 117 | Molly Danahy | 7/16/2019 | 0.4 | Edit opposition to MTD |
| 118 | Molly Danahy | 7/17/2019 | 0.5 | Review opposition to MTD |
| 119 | Molly Danahy | 7/18/2019 | 0.2 | Final review MTD opposition brief |
| 120 | Molly Danahy | 8/1/2019 | 0.1 | Pro Hac Motion |
| 121 | Molly Danahy | 8/3/2019 | 0.8 | Review PI outline |
| 122 | Molly Danahy | 8/13/2019 | 3.7 | Review PI draft |
| 123 | Molly Danahy | 8/15/2019 | 0.2 | Email to plaintiffs re: declarations |
| 124 | Molly Danahy | 8/16/2019 | 0.7 | Draft RTV declaration |
| 125 | Molly Danahy | 8/17/2019 | 0.6 | Draft MCLC declaration |
| 126 | Molly Danahy | 8/19/2019 | 0.5 | Call with RTV |
| 127 | Molly Danahy | 8/19/2019 | 0.3 | Meet with D. Lang |
| 128 | Molly Danahy | 8/21/2019 | 0.2 | Review and update RTV declaration |
| 129 | Molly Danahy | 8/23/2019 | 0.4 | Review draft PI |
| 130 | Molly Danahy | 8/23/2019 | 0.2 | Review and update MCLC declaration |
| 131 | Molly Danahy | 8/26/2019 | 0.4 | Review and update MCLC and RTV declarations |

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 132 | Molly Danahy | 8/26/2019 | 0.5 | Review and update RTV declaration |
| 133 | Molly Danahy | 8/26/2019 | 1.4 | Review and update MCLC declaration |
| 134 | Molly Danahy | 8/27/2019 | 0.3 | Revise client declarations |
| 135 | Molly Danahy | 8/28/2019 | 0.4 | Revise client declarations |
| 136 | Molly Danahy | 8/28/2019 | 1.1 | Revise client declarations |
| 137 | Molly Danahy | 8/29/2019 | 0.6 | Revise MCLC declaration |
| 138 | Molly Danahy | 9/3/2019 | 0.4 | Review PI opp in related case |
| 139 | Molly Danahy | 9/9/2019 | 0.6 | Review order on MTD |
| 140 | Molly Danahy | 9/10/2019 | 0.2 | Meet with D. Lang |
| 141 | Molly Danahy | 9/10/2019 | 0.2 | Email clients re MTD opinion |
| 142 | Molly Danahy | 9/10/2019 | 0.2 | Review PI response |
| 143 | Molly Danahy | 9/11/2019 | 2.4 | Edit draft PI reply |
| 144 | Molly Danahy | 9/11/2019 | 0.3 | Email to RTV |
| 145 | Molly Danahy | 9/12/2019 | 0.7 | Reviewing PI decision |
| 146 | Molly Danahy | 9/12/2019 | 0.4 | Review PI opinion |
| 147 | Molly Danahy | 9/19/2019 | 0.6 | Review appeal and case management deadlines |
| 148 | Molly Danahy | 9/25/2019 | 0.2 | Reading outside analysis of the case |
| 149 | Molly Danahy | 9/30/2019 | 0.3 | Reviewing deadlines |
| 150 | Molly Danahy | 10/9/2019 | 0.4 | Review TN Answer |
| 151 | Molly Danahy | 10/16/2019 | 0.4 | Review appellate deadlines |
| 152 | Molly Danahy | 10/17/2019 | 0.8 | Reviewing case management meet and confer procedures |
| 153 | Molly Danahy | 10/21/2019 | 0.4 | Reviewing CM proposals |
| 154 | Molly Danahy | 10/22/2019 | 0.2 | review CM proposals with D. Lang |
| 155 | Molly Danahy | 10/28/2019 | 0.1 | meet and confer scheduling |
| 156 | Molly Danahy | 10/29/2019 | 0.3 | Update on meet and confer |
| 157 | Molly Danahy | 10/30/2019 | 0.2 | Emails re: scheduling conference |
| 158 | Molly Danahy | 10/30/2019 | 0.2 | Discuss state CMO proposal |
| 159 | Molly Danahy | 11/7/2019 | 1 | Draft email to TN clients re: initial disclosures |
| 160 | Molly Danahy | 11/8/2019 | 0.2 | Scheduling client calls |
| 161 | Molly Danahy | 11/11/2019 | 0.2 | Confirming call with RTV |
| 162 | Molly Danahy | 11/12/2019 | 0.3 | Call with RTV re: initial disclosures |
| 163 | Molly Danahy | 11/12/2019 | 0.1 | Prep for client calls |
| 164 | Molly Danahy | 11/14/2019 | 0.2 | Call with MCLC re: initial disclosures |
| 165 | Molly Danahy | 11/14/2019 | 0.1 | Scheduling call with MCLC re: initial disclosures |
| 166 | Molly Danahy | 11/14/2019 | 0.4 | Review/edit initial disclosures |
| 167 | Molly Danahy | 11/14/2019 | 0.2 | Meet with D. Lang re:  initial disclosures |
| 168 | Molly Danahy | 11/15/2019 | 0.3 | Call with legal team re: discovery matters |
| 169 | Molly Danahy | 11/18/2019 | 0.1 | Review state's initial disclosures |
| 170 | Molly Danahy | 11/18/2019 | 0.2 | final review initial disclosures |
| 171 | Molly Danahy | 11/19/2019 | 0.3 | Discuss state's initial disclosures with D. Lang |
| 172 | Molly Danahy | 11/21/2019 | 0.4 | Review amended complaint |
| 173 | Molly Danahy | 11/22/2019 | 0.5 | Review draft discovery requests |
| 174 | Molly Danahy | 11/25/2019 | 0.2 | Review county production request |
| 175 | Molly Danahy | 11/25/2019 | 0.2 | Plan for reviewing discovery requests |
| 176 | Molly Danahy | 11/25/2019 | 0.1 | Review subpoena |
| 177 | Molly Danahy | 11/27/2019 | 0.5 | Review draft discovery requests |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 178 | Molly Danahy | 11/27/2019 | 0.4 | Reviewing and editing second Am Compl |
| 179 | Molly Danahy | 12/2/2019 | 0.1 | Review final amendments to compl. and discovery requests |
| 180 | Molly Danahy | 12/3/2019 | 0.5 | Review and finalize county RFPs |
| 181 | Molly Danahy | 12/4/2019 | 0.2 | Review motion to amend, finalize county RFPs |
| 182 | Molly Danahy | 12/5/2019 | 0.1 | Review notices in related case |
| 183 | Molly Danahy | 12/10/2019 | 0.2 | Review discovery requests |
| 184 | Molly Danahy | 12/12/2019 | 0.8 | Review discovery requests |
| 185 | Molly Danahy | 12/13/2019 | 0.3 | Finalize discovery requests |
| 186 | Molly Danahy | 12/20/2019 | 0.2 | Review TN Answer |
| 187 | Molly Danahy | 1/3/2020 | 0.4 | Review answer grid |
| 188 | Molly Danahy | 1/3/2020 | 0.2 | Reviewing county discovery plan |
| 189 | Molly Danahy | 2/3/2020 | 0.2 | Review draft protective order, county subpoenas |
| 190 | Molly Danahy | 2/20/2020 | 0.4 | review proposed legislation |
| 191 | Molly Danahy | 2/25/2020 | 0.3 | Call with MCLC re: new bill |
| 192 | Molly Danahy | 3/6/2020 | 0.1 | Emails re pending legislation |
| 193 | Molly Danahy | 3/19/2020 | 0.4 | Review status of TN bills |
| 194 | Molly Danahy | 3/26/2020 | 0.3 | call with RTV re: pending legislation |
| 195 | Molly Danahy | 3/26/2020 | 0.3 | call with MCLC re: pending legislation |
| 196 | Molly Danahy | 3/27/2020 | 0.8 | review press release/client press statements |
| 197 | Molly Danahy | 4/2/2020 | 0.8 | Communications with clients re: bill passage |
| 198 | Molly Danahy | 4/2/2020 | 0.3 | Review 6th Cir. op. re fees |
| 199 | Molly Danahy | 4/10/2020 | 0.1 | Email to T. Lee re next steps |
| 200 | Molly Danahy | 4/13/2020 | 0.2 | scheduling with counsel team |
| 201 | Molly Danahy | 4/16/2020 | 0.1 | scheduling with counsel team |
| 202 | Molly Danahy | 4/17/2020 | 0.3 | Call with legal team re: next steps in litigation |
| 203 | Molly Danahy | 4/21/2020 | 0.2 | Call with co-counsel re: next steps |
| 204 | Urja Mittal | 4/22/2019 | 0.2 | Meet with M. Danahy re: legal research tasks |
| 205 | Urja Mittal | 4/25/2019 | 3 | Legal research for complaint |
| 206 | Urja Mittal | 4/26/2019 | 4.8 | Legal research for complaint |
| 207 | Urja Mittal | 4/28/2019 | 3.3 | Legal research and drafting complaint |
| 208 | Urja Mittal | 4/29/2019 | 0.5 | Meet with D. Lang re: drafting complaint and client outreach |
| 209 | Urja Mittal | 4/29/2019 | 7.9 | Legal research for complaint |
| 210 | Urja Mittal | 4/30/2019 | 1.5 | Legal esearch for complaint |
| 211 | Urja Mittal | 5/2/2019 | 1.3 | Legal research for complaint |
| 212 | Urja Mittal | 5/3/2019 | 2.5 | Legal research and drafting complaint |
| 213 | Urja Mittal | 5/5/2019 | 0.7 | Emails with D.lang on research and client development; notes on client outreach |
| 214 | Urja Mittal | 5/6/2019 | 0.8 | Review final bill, emails from co-counsel |
| 215 | Urja Mittal | 5/6/2019 | 1.5 | Pro hac and certificate of good standing |
| 216 | Urja Mittal | 5/6/2019 | 0.2 | Emails and legal research |
| 217 | Urja Mittal | 5/6/2019 | 0.5 | Meeting with D. Lang and M. Danahy re complaint |
| 218 | Urja Mittal | 5/6/2019 | 0.3 | Legal esearch on aggregate burden case law for complaint |
| 219 | Urja Mittal | 5/6/2019 | 3.4 | Drafting memo re petition circulation and voter reg cases for co-counsel |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 220 | Urja Mittal | 5/6/2019 | 0.2 | Emails about case with L. Begian |
| 221 | Urja Mittal | 5/6/2019 | 0.3 | Meet with D. Lang re: client follow-up |
| 222 | Urja Mittal | 5/6/2019 | 0.5 | Present litigation to CLC supervisors and team |
| 223 | Urja Mittal | 5/7/2019 | 3.3 | Emails with client, draft sections of complaint, emails with co-counsel on standing section. |
| 224 | Urja Mittal | 5/7/2019 | 2.8 | Emails with Rock the Vote re: complaint; drafting government interest section of complaitnt; emails re: complaint organization; email to Memphis Central Labor Council |
| 225 | Urja Mittal | 5/7/2019 | 0.5 | Call with Rock the Vote re: complaint |
| 226 | Urja Mittal | 5/7/2019 | 0.7 | Draft questions for Rock the Vote re: complaint |
| 227 | Urja Mittal | 5/7/2019 | 0.2 | Review emails from co-counsel re complaint and notice letter |
| 228 | Urja Mittal | 5/7/2019 | 0.5 | Call with Spread the Vote with D. Lang |
| 229 | Urja Mittal | 5/7/2019 | 1.6 | Reviewing draft complaint |
| 230 | Urja Mittal | 5/7/2019 | 0.9 | Reviewing draft NVRA notice letter |
| 231 | Urja Mittal | 5/8/2019 | 1.3 | Editing client sections of complaint; emails with clients about Business Entity Disclosure forms; meet with A. Noti re complaint |
| 232 | Urja Mittal | 5/8/2019 | 1.5 | Emails with Spread the Vote re complaint; emails re pro hac paperwork; emails with co-counsel; reviewing complaint |
| 233 | Urja Mittal | 5/8/2019 | 0.5 | Reviewing NVRA notice letter |
| 234 | Urja Mittal | 5/8/2019 | 1.6 | Emails with Rock the Vote about retainer |
| 235 | Urja Mittal | 5/8/2019 | 0.4 | Editing client sections of complaint |
| 236 | Urja Mittal | 5/8/2019 | 0.2 | Editing client sections of complaint |
| 237 | Urja Mittal | 5/8/2019 | 1.2 | Reviewing emails with co-counsel re complaint; reviewing draft complaint; editing client section |
| 238 | Urja Mittal | 5/9/2019 | 2 | Emails with co-counsel and plaintiffs re complaint filing |
| 239 | Urja Mittal | 5/9/2019 | 0.3 | Call with P. Garner of Mid-South Peace and Justice Center |
| 240 | Urja Mittal | 5/9/2019 | 0.1 | Emailing client updates |
| 241 | Urja Mittal | 5/15/2019 | 0.2 | Call with M. Danahy |
| 242 | Urja Mittal | 5/15/2019 | 0.2 | Reviewing draft collective retainer agreement |
| 243 | Urja Mittal | 5/15/2019 | 0.1 | Emails with CLC team re TN NAACP NVRA letter |
| 244 | Urja Mittal | 5/17/2019 | 0.3 | Emails about retainer, CLC's pro hac paperwork |
| 245 | Urja Mittal | 5/20/2019 | 0.2 | Fact gathering re: voter reg activty at Natl Civil Rights Museum |
| 246 | Urja Mittal | 5/21/2019 | 0.2 | Preparing questions for Memphis Central Labor Council |
| 247 | Urja Mittal | 5/22/2019 | 0.6 | Emailing S. Lakin re: Memphis Central Labor Council |
| 248 | Urja Mittal | 5/22/2019 | 1.5 | Emailing D. Lang and M. Danahy re: Memphis Central Labor Council |
| 249 | Urja Mittal | 5/22/2019 | 0.8 | Call with Memphis Central Labor Council |
| 250 | Urja Mittal | 5/22/2019 | 0.7 | Prep for call with Memphis Central Labor Council |
| 251 | Urja Mittal | 5/23/2019 | 0.2 | Draft questions for clients for amended complaint |
| 252 | Urja Mittal | 5/23/2019 | 0.1 | Emailing S.Lakin, D.Lang, M. Danahy re:CivicTN |
| 253 | Urja Mittal | 5/24/2019 | 1 | Preparing reimbursement request CGS and Pro Hac Fees |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 254 | Urja Mittal | 5/24/2019 | 0.2 | Emailing D.Lang and M. Danahy re: next steps |
| 255 | Urja Mittal | 5/24/2019 | 0.6 | Emails to Spread the Vote and Rock the Vote re: amended complaint, joint retainer |
| 256 | Urja Mittal | 5/24/2019 | 1.6 | Drafting client section of amended complaint |
| 257 | Urja Mittal | 5/24/2019 | 0.8 | Drafting client section of amended complaint |
| 258 | Urja Mittal | 5/28/2019 | 0.3 | Emailing S. Lakin re: CivicTN; follow-up email to CivicTN |
| 259 | Urja Mittal | 5/28/2019 | 0.3 | Email to S. Lakin re case status; email to L. Begian re: pro hac paperwork |
| 260 | Urja Mittal | 5/28/2019 | 0.3 | Meet with D. Lang re case status |
| 261 | Urja Mittal | 5/29/2019 | 0.2 | Revising pro hac paperwork and sending to Tom |
| 262 | Urja Mittal | 5/29/2019 | 0.3 | Email to Memphis Central Labor Council |
| 263 | Urja Mittal | 5/29/2019 | 0.7 | Prep for call with legal team with M. Danahy |
| 264 | Urja Mittal | 5/29/2019 | 0.3 | Fact development call |
| 265 | Urja Mittal | 5/29/2019 | 0.5 | Prep for fact development call with M. Danahy |
| 266 | Urja Mittal | 5/30/2019 | 0.3 | Emails with Rock the Vote and Spread the Vote, follow-up meeting with M. Danahy |
| 267 | Urja Mittal | 5/30/2019 | 0.2 | Updating ECF account |
| 268 | Urja Mittal | 5/31/2019 | 4.0 | Editing amended complaint and circulating revisions |
| 269 | Urja Mittal | 6/3/2019 | 0.3 | Email to D. Lang re preliminary relief |
| 270 | Urja Mittal | 6/4/2019 | 0.3 | Meeting with L. Begian about tracking related TN NAACP case |
| 271 | Urja Mittal | 6/7/2019 | 0.1 | Emails re MTD filing |
| 272 | Urja Mittal | 6/10/2019 | 0.9 | Client emails re: motion to dismiss and amended complaint |
| 273 | Urja Mittal | 6/11/2019 | 0.3 | Sending MCLC supplemental retainer |
| 274 | Urja Mittal | 6/11/2019 | 0.2 | Editing and circulating supplemental retainer |
| 275 | Urja Mittal | 6/11/2019 | 0.4 | Emailing S. Lakin about supplemental retainer |
| 276 | Urja Mittal | 6/11/2019 | 0.4 | Drafting MCLC retainer |
| 277 | Urja Mittal | 6/12/2019 | 0.6 | Saving and archiving ECF emails and court entries |
| 278 | Urja Mittal | 6/14/2019 | 0.9 | Drafting MCLC allegations for amended complaint |
| 279 | Urja Mittal | 6/17/2019 | 1.5 | Editing amended complaint; emailing MCLC about amended complaint |
| 280 | Urja Mittal | 6/17/2019 | 0.7 | Call with MCLC about amended complaint |
| 281 | Urja Mittal | 6/17/2019 | 4.0 | Editing amended complaint |
| 282 | Urja Mittal | 6/18/2019 | 5.2 | Editing amended complaint |
| 283 | Urja Mittal | 6/19/2019 | 0.2 | Reviewing D. Lang edits to amended complaint |
| 284 | Urja Mittal | 6/19/2019 | 0.3 | Editing Spread the Vote termination letter and sending to Spread the Vote |
| 285 | Urja Mittal | 6/19/2019 | 0.3 | Editing Spread the Vote termination letter |
| 286 | Urja Mittal | 6/19/2019 | 0.4 | Drafting termination of representation letter for Spread the Vote |
| 287 | Urja Mittal | 6/19/2019 | 0.3 | Call with Spread the Vote |
| 288 | Urja Mittal | 6/19/2019 | 0.3 | Emails re amended complaint |
| 289 | Urja Mittal | 6/20/2019 | 0.5 | Emailing MCLC about amended complaint |
| 290 | Urja Mittal | 6/20/2019 | 1.1 | Reviewing amended complaint |
| 291 | Urja Mittal | 6/20/2019 | 0.3 | Reviewing team emails |

Claimed CLC Hours

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Attorney | Date | Duration | Memo |
| 292 | Urja Mittal | 6/20/2019 | 0.2 | Emails re MCLC and Proud Voter |
| 293 | Urja Mittal | 6/21/2019 | 0.5 | Reading response to MTD in related case |
| 294 | Urja Mittal | 6/21/2019 | 3.5 | Editing amended complaint |
| 295 | Urja Mittal | 6/24/2019 | 1.3 | Reviewing team emails; updating case page; emailing clients with amended complaint and privilege reminder |
| 296 | Urja Mittal | 7/1/2019 | 0.8 | Call with attorney team re case schedule, PI |
| 297 | Urja Mittal | 7/1/2019 | 0.4 | Discuss case schedule with M. Danahy |
| 298 | Urja Mittal | 7/10/2019 | 1.8 | Email to D. Lang and M. Danahy re: Opp. to MTD |
| 299 | Urja Mittal | 7/15/2019 | 4.5 | Editing MTD opposition brief |
| 300 | Urja Mittal | 7/16/2019 | 0.9 | Updating case file on Sharepoint |
| 301 | Urja Mittal | 7/16/2019 | 0.2 | Discuss MTD opposition brief with M. Danahy |
| 302 | Urja Mittal | 7/16/2019 | 1.1 | Editing MTD opposition brief |
| 303 | Urja Mittal | 7/17/2019 | 0.8 | Reviewing draft of MTD opposition brief |
| 304 | Urja Mittal | 7/17/2019 | 0.4 | Emails and updating case file |
| 305 | Urja Mittal | 7/17/2019 | 0.3 | Emais with legal team |
| 306 | Urja Mittal | 7/18/2019 | 1.4 | Editing draft of MTD opposition brief |
| 307 | Urja Mittal | 7/18/2019 | 1.0 | Editing draft of MTD opposition brief |
| 308 | Urja Mittal | 7/18/2019 | 3.1 | Editing draft of MTD opposition brief |
| 309 | Urja Mittal | 7/19/2019 | 0.1 | Reviewing final opposition to MTD |
| 310 | Urja Mittal | 7/19/2019 | 0.3 | Correcting docket information and emailing Tom re: client disclosure statement |
| 311 | Urja Mittal | 7/19/2019 | 1.3 | Editing draft of MTD opposition brief |
| 312 | Urja Mittal | 7/22/2019 | 0.7 | Emails to clients and re: MTD opposition brief to review |
| 313 | Urja Mittal | 7/22/2019 | 0.8 | Email to CLC practice team re: MTD opposition brief |
| 314 | Urja Mittal | 7/22/2019 | 0.2 | Checking PACER for updated address, updating case files |
| 315 | Urja Mittal | 7/29/2019 | 0.1 | Notes from meeting with D. Lang |
| 316 | Urja Mittal | 8/1/2019 | 1.2 | Emails to clients about withdrawing from case |
| 317 | Urja Mittal | 8/2/2019 | 0.5 | Drafting notice of withdrawal and sending to Tom for filing |
| 318 | Total | | 252.86 | |