# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:19-cv-365 <br> Hon. Aleta A. Trauger |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

As the representatives of the prevailing parties in this litigation, undersigned counsel Hogan Lovells US LLP, Lawyers' Committee for Civil Rights Under Law, Burch, Porter & Johnson, PLLC, and Bromberg Law PLLC (collectively, "Plaintiffs' Counsel"), respectfully move this Court under 28 U.S.C. § 1988 and other authority for an award of attorneys' fees, costs, and expenses. The attorneys' fees requested are $724,415.50. The amount of costs and expenses to be reimbursed is $5,274.04. As demonstrated in the supporting memorandum, which is incorporated by reference, the amounts requested are reasonable and justified by established law and indeed substantially understate the fees and expenses actually incurred.

As set forth more fully in Plaintiffs' Memorandum in Support of their Motion for Attorneys' Fees and Costs and supporting declarations, Plaintiffs have already exercised considerable billing judgment and should be entitled to recover all of the fees and expenses claimed in this matter.

1

Dated: December 21, 2020                    Respectfully submitted,

/s/ *Taylor Cates*
Taylor A. Cates, BPR No. 20006
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tcates@bpjlaw.com
wirvine@bpjlaw.com

Ira M. Feinberg*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
irafeinberg@hoganlovells.com

Allison M. Ryan*
Madeline Gitomer*
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.ryan@hoganlovells.eom
carrie.delone@hoganlovells.com
madeline.gitomer@hoganlovells.com

Ezra D. Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
ihouk@lawyerscommittee.org
nehaudhuri@lawyerscommittee.org

Yael Bromberg*
Bromberg Law LLC
The Andrew Goodman Foundation
10 Mountainview Road
Upper Saddle River, NJ 07458
(201) 995-1808
yaelbromberglaw@gmail.com

2

Attorneys for Plaintiffs

*admitted *pro hac vice*

# CERTIFICATE OF SERVICE

The undersigned herby certifies that on December 21, 2020 a copy of the foregoing Motion for Attorneys' Fees, Costs, and Expenses has been served via the Court's CM/ECF electronic case filing system to:

> ALEXANDER S. RIEGER
> ANDREW B. CAMPBELL
> KELLEY L. GROOVER
> Tennessee Attorney General's Office
> P.O. Box 20207
> Nashville, TN 37202
> (615) 741-2408
> (615) 532-0356
> (615) 741-2408
> alex.rieger@ag.tn.gov
> andrew.campbell@ag.tn.gov
> kelley.groover@ag.tn.gov
>
> JOHN L. RYDER
> STEVEN DOUGLASS
> Harris, Shelton, Hanover & Walsh, PLLC
> 40 S. Main Street, Suite 2700
> Memphis, TN 38103
> (901) 525-1455
> jlr@harrisshelton.com
> sdouglass@harrisshelton.com

21st day of December, 2020.

/s/ *Taylor Cates*
Taylor Cates