# EXHIBIT 1-1

## ALLISON HOLT RYAN DECLARATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, et al., <br><br> Defendants. | Civil No. 3:19-cv-365 <br> Hon. Aleta A. Trauger |

**DECLARATION OF ALLISON HOLT RYAN**

I, Allison Holt Ryan, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and state that the following is true and correct:

1.  My name is Allison Holt Ryan. I am over the age of 21 and fully competent to testify in this matter. I have knowledge of the facts recited in this Declaration, which are based on my personal knowledge and on my review of the records of my law firm, Hogan Lovells US LLP ("Hogan Lovells" or the "firm"). I make this Declaration in support of Plaintiffs' motion for the award of attorneys' fees and expenses in this case.

2.  I am a partner at Hogan Lovells. My firm is co-lead counsel for Plaintiffs in this lawsuit, along with The Lawyers' Committee for Civil Rights Under Law (the "Lawyers' Committee"). Together with my partner Ira Feinberg, I have served as co-lead counsel in this case since approximately April 17, 2019, two weeks before this lawsuit was filed. Since that time, Mr. Feinberg and I have been responsible for, among other things, helping to formulate and

1

direct Plaintiffs' case strategy, research and analyze the legal issues, and write and/or edit the complaint, amended complaint, motion for preliminary injunction and memoranda of law that we filed on behalf of Plaintiffs, in addition to supervising work regarding discovery and case strategy following the Court's Order on the motion for preliminary injunction. We also supervised the legal work of associates in my firm, including Madeline Gitomer, Kyle Druding, Marlan Golden, and Joe Charlet, along with our support staff. We also supervised the work of additional attorneys and support staff for whom we do not seek reimbursement of fees.

3.     I graduated from Vanderbilt University Law School in 2009. After law school, I clerked for Judge Gilbert S. Merritt of the United States Court of Appeals for the Sixth Circuit.

4.     I have been practicing law at Hogan Lovells for more than ten years. I joined Hogan Lovells in 2010 as an associate following my clerkship and was promoted to partner at Hogan Lovells on January 1, 2019.

5.     I was admitted to the Tennessee bar in 2010 and the District of Columbia bar in 2011. I have been a member of both bars in good standing ever since.

6.     Throughout my legal career, I have specialized in analyzing and briefing complex legal issues, especially complicated statutory and constitutional issues. From July 2013 to July 2015, I served as the Hogan Lovells Pro Bono Senior Associate, directing the pro bono resources of the firm. Throughout my tenure at the firm, I have litigated numerous pro bono matters in state and federal courts, including one other voting rights matter in state court in Tennessee. I have extensive experience litigating complex cases, including multidistrict litigations, in federal courts around the country, and I currently serve as lead co-counsel in a multidistrict litigation consolidating more than thirty cases in the District of New Jersey. In 2020, I was recognized as a *Law360 Rising Star*.

2

7.     I am fully familiar with the legal work that my firm performed in this case on behalf of Plaintiffs. I believe that the work that we performed in this case was reasonable and appropriate.

8.     Ira Feinberg graduated from Harvard Law School in 1972, *magna cum laude*. While in law school, he was an editor of the Harvard Law Review, and was the editor responsible for its annual review of the Supreme Court's work. After law school, he clerked for Chief Judge Henry J. Friendly of the United States Court of Appeals for the Second Circuit, and then for Justice Thurgood Marshall of the United States Supreme Court. He has been practicing law for more than forty years. His first job after his clerkships was at the law firm O'Melveny & Myers in Los Angeles, where he ultimately became a partner. He thereafter decided to move back to New York, and in 1989, took a position as an Assistant United States Attorney in the Southern District of New York. He was an AUSA in the Criminal Division of the United States Attorney's Office from 1989 to 2000. In 1995, he was appointed Deputy Chief Appellate Attorney, and in 1998, he was promoted to Chief Appellate Attorney. He served as Chief Appellate Attorney from 1998 to 2000. In that capacity, he supervised all of the work that the Criminal Division of the U.S. Attorney's Office did in the Second Circuit, was an advisor to the United States Attorney on legal issues, and worked closely with the U.S. Solicitor General's Office. He joined Hogan Lovells in 2000 as a partner, and was a partner until January 1, 2020, when he became a senior counsel to the firm. He was admitted to the New York bar in 1974 and the California bar in 1975. He has been a member of both bars in good standing ever since. He is also a member of the bars of the United States Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fifth, Ninth, Eleventh, and District of Columbia Circuits, and the bars of

3

the U.S. District Courts for the Eastern, Southern and Western Districts of New York, and the Central and Northern Districts of California.

9.    Mr. Feinberg is a member in the firm's appellate group, which is headed by the former Acting Solicitor General of the United States, Neal Katyal. He has argued more than forty appeals in appellate courts around the country, principally in the federal courts, and has been responsible for writing or editing the briefs in well over 100 appeals in the federal Courts of Appeals. He has substantial experience in analyzing and briefing voting rights issues. For example, he was lead counsel for Common Cause and the Brennan Center for Justice in defending the constitutionality of Connecticut's Campaign Finance Reform Act (*Green Party of Connecticut v. Garfield*, 616 F.3d 189 (2d Cir. 2010) and 616 F.3d 213 (2d Cir. 2010), and he submitted amicus briefs in the Third Circuit in an appeal involving whether the National Voter Registration Act ("NVRA") required the City of Philadelphia to strike incarcerated felons from its voting rolls (*American Civil Rights Union v. Philadelphia City Commissioners*, 872 F.3d 175 (3d Cir. 2017)) and in in the United States Supreme Court in *Gill v. Whitford*, 588 U.S. __ (2018), involving the constitutionality of partisan gerrymandering of the Wisconsin state legislature. He also served as co-lead counsel for Plaintiffs, with the Lawyers Committee, in the successful voting rights litigation establishing the right of Georgia citizens to register to vote during the interim period between the initial round of an election and the subsequent run-off election. *Georgia State Conference of the NAACP v. Kemp*, No. 1:17-CV-1397-TCB, 2017 WL 9435558 (N.D. Ga. May 4, 2017). Mr. Feinberg is a member of the American Law Institute and the American Academy of Appellate Lawyers, and a member of the Board of Trustees of the Lawyers Committee.

4

10.      Mr. Feinberg and I were assisted by several highly qualified associates in our firm.  Madeline Gitomer received her J.D. from the University of Pennsylvania Law School in 2013. She was admitted to the New Jersey bar in 2013 and the District of Columbia bar in 2014. She joined Hogan Lovells in 2013 and is currently a Senior Associate at the firm.

11.      Kyle Druding received his J.D. from Duke University Law School in 2015, where he served as an executive editor of the *Duke Law Journal*.  After graduation, he served as a law clerk to the Honorable Gerald Bard Tjoflat of the United States Court of Appeals for the Eleventh Circuit. During his time at the firm – he left the firm for another opportunity in October 2020 – he litigated commercial, complex, and regulatory matters in federal courts nationwide, and was involved in a number of pro bono representations, with a particular emphasis on issues of constitutional and public law.

12.      Joe Charlet received his J.D. from the University of Virginia School of Law in 2018. He joined Hogan Lovells in 2018, where he worked as an associate until 2020. While at Hogan, his practice included a significant number of pro bono representations, including litigation and appeals in federal courts nationwide.

13.      Marlan Golden received his J.D. from Harvard Law School in 2019, where he served as an editor of the *Harvard Journal on Legislation*. After graduating from law school, he joined Hogan Lovells and litigates complex civil cases in federal courts as an associate in the firm's litigation group.

14.      Alicia Balthazar is a paralegal in the Washington office of Hogan Lovells. She received her Bachelor's degree from the University of Maryland. She joined Hogan Lovells in 2013 and is assigned to work full-time on pro bono matters. She has significant experience with

providing support across a variety of matters, such as immigration, housing, voting rights, criminal justice, domestic violence and crime victims' rights, and public benefits assistance.

15. The vast majority of the work that Hogan Lovells did in this case was performed in the short time period between our initial retention in the case in April 2019 through the Court's grant of Plaintiffs' motion for a preliminary injunction on September 13, 2019. This work was done under substantial time pressure because of the urgency of filing the complaint in light of that fact that the law was set to take effect on October 1, 2019. During that time period, our work included drafting and editing the complaint; reviewing and editing the motion for a preliminary injunction and supporting declarations; drafting and editing the reply brief in support of the motion for a preliminary injunction; responding to Defendant's motion to dismiss the complaint; and performing legal research on legal issues relating to the complaint, the motion to dismiss, and motion for preliminary injunction.

16. Our work also included discussions with co-counsel about amending the complaint to add an additional count under the National Voter Registration Act ("NVRA"); prepared a notice letter under NVRA; amending the complaint; conducting affirmative and third-party discovery; doing legal research regarding the possibility of moving to voluntary dismiss the case, and preparing the stipulation with the Tennessee Attorney General's Office on that issue; and preparing the attorneys' fee petition.

17. Hogan Lovells took on the representation of Plaintiffs in this case on a pro bono basis, with the understanding that, as is customary in cases of this kind, it would retain the right to petition the Court for recovery of its fees and costs in the event that Plaintiffs prevailed on their claims.

6

18.     In accordance with Hogan Lovells' normal business practice, the Hogan Lovells attorneys, law clerks, paralegals and other timekeepers who worked on this case tracked the time that they worked on this matter on a daily basis, and entered their time on a daily basis, with a detailed description of the work performed that day, into the firm's electronic time record-keeping system.

19.     Attached as Exhibit A is a document which details the time spent by Hogan Lovells lawyers and law clerks working on this case through October 28, 2020 for which the firm is seeking an award from the Court. This chart is part of the electronic timekeeping and billing system used by Hogan Lovells in the regular and ordinary course of business. It is the regular practice of Hogan Lovells to prepare and keep such time records; these records were made and kept by individuals with personal knowledge of the accuracy of the entries; and the entries were made on or about the date reflected on the chart.

20.     The time records and work descriptions contained on Exhibit A are, to the best of my personal knowledge, a true and accurate reflection of the services performed by the Hogan Lovells attorneys, law clerks and paralegals who worked on this case, the dates on which they rendered those services, and the time that they devoted to those services on those dates. I believe that all of the time and services reflected on Exhibit A were reasonably necessary to provide Plaintiffs with effective representation in this case.

21.     This document does not contain anywhere near all the time recorded by all Hogan Lovells personnel who worked on this matter. I have gone through the firm's time entries with great care, and deleted many entries that I thought, in the exercise of reasonable billing judgment, were not appropriate to seek reimbursement for. Some of those entries may have reflected work that I thought was arguably excessive, duplicative, or reflected inefficiency, or

7

were otherwise, in my judgment, inappropriate to bill. I have also sought to eliminate any duplication that might have otherwise resulted from the fact that we had co-counsel at the Lawyers Committee in this case. In total, I deleted at least 622 hours from our request, resulting in a decrease of over than 40% of the time the firm originally recorded on to this case.

22. As but one example, in the exercise of billing discretion, I have eliminated all fees from Exhibit A for work performed related to researching, drafting and filing the amended complaint and all time recorded in connection with preparing the instant fee petition.

23. Our fee petition, likewise, does not seek reimbursement of fees for the work of a number of lawyers at the firm or support staff who were not members of the core team described above. As a result, the petition does not seek time for one partner who was involved for a portion of the time, three associates, and ten support staff (paralegals and research staff, including legislative research staff) who also worked on this matter, and who in total billed more than 230 hours for which we do not seek reimbursement.

24. Throughout this litigation, our team—Hogan Lovells lawyers and our lead co-counsel at the Lawyers' Committee as well as our other co-counsel—has worked diligently to minimize redundancy of effort. With respect to our billing, I coordinated with our co-counsel in this case to ensure that we eliminated duplicative or excessive hours.

25. The following table provides a listing of each of the attorneys and law clerks for whom we are seeking an award in this case, the total number of hours that he or she devoted to this case for which we are seeking an award, the hourly rate that we are seeking for their time, and the total amount of award that we are seeking for their work:

8

**Fee Request**

| Name | Role | Hours | Rate | Total |
|------|------|-------|------|-------|
| Feinberg | Senior Partner | 211.7 | $700 | $148,190.00 |
| Holt Ryan | Junior Partner | 53.4 | $500 | $26,700.00 |
| Gitomer | Senior Associate | 239.50 | $450 | $107,775.00 |
| Druding | Mid-level Associate | 66.3 | $400 | $26,520.00 |
| Charlet | Junior Associate | 212.3 | $300 | $77,640.00 |
| Golden | Junior Associate | 106.8 | $300 | $32,040.00 |
| Balthazar | Paralegal | 27.7 | $200 | $5,540.00 |
| | | 917.7 | | **$410,455.00** |

24. I am informed and believe that these rates are consistent with or below the reasonable hourly rates for lawyers at major firms in the Nashville area with the skills and experience comparable to the Hogan Lovells lawyers involved in this case. *See Thomas v. Long*, No. 3:17-CV-00005, 2020 WL 5530232, at *5 (M.D. Tenn. Sept. 15, 2020) (granting attorneys' fees in petition seeking rates ranging from $215 to $600 per hour); *New Century Found. v. Robertson*, No. 3:18-CV-00839, 2019 WL 6492901, at *3 (M.D. Tenn. Dec. 3, 2019) (granting fees in case in which plaintiffs' attorneys sought between $200 and $450 per hour); *Tanco v. Haslam*, No. 3:13-CV-01159, 2016 WL 1171058, at *3 (M.D. Tenn. Mar. 25, 2016) (finding counsel for plaintiffs' requested hourly rates between $225 and $575 to be "reasonable for attorneys of comparable quality and experience in the Nashville area"); *Occupy Nashville v. Haslam*, No. 3:11-CV-01037, 2015 WL 4727097, at *10 (M.D. Tenn. Aug. 10, 2015) (granting attorneys' fees in case where plaintiffs' counsel sought fees up to $395 per hour).

25. The rates sought by the Hogan Lovells lawyers are far below the standard rates that the firm ordinarily charges clients for the work of these lawyers and law clerks. The firm's standard hourly rate for 2019 for Ira Feinberg was $1175 per hour; for Allison Holt Ryan was

9

$900 per hour; for Madeline Gitomer was $770 per hour; for Kyle Druding was $680 per hour; for Joe Charlet was $490 per hour; for Marlan Golden was $490 per hour; and for Alicia Balthazar was $265 per hour. Indeed, I understand that the rates sought here represent an average discount of more than 40% off of Hogan Lovells standard rates for these timekeepers.

26. The hours reflected on this chart are also far less than the total number of hours shown on the firm's billing records. Thus, the firm's records show that Ira Feinberg devoted at least 263.7 hours to this case during the specified period, instead of the 211.7 hours for which we are seeking an award; Allison Holt Ryan devoted at least 74.3 hours to this case, instead of the 53.4 hours for which we are seeking an award; Madeline Gitomer spent at least 345.1 hours on this case, instead of the 239.5 hours for which we are seeking an award; Joe Charlet spent 318.4 hours on this case, instead of the 212.3 for which we are seeking an award; Marlan Golden spent at least 150 hours on this case, instead of the 106.8 for which we are seeking an award; and Alicia Balthazar spent 76.6 hours on this case, instead of the 27.7 for which we are seeking an award.

27. Similarly, the total amount of the award that we are seeking is far below the time charges shown on the firm's records. Using all hours devoted to this case, at the firm's standard rates, the firm's records reflect a standard total value of $1,135,004.00 in billable time devoted to this case through October 22, 2020, instead of the $410,455.00 for which we are seeking an award—a reduction of more than 60% off of Hogan Lovells standard rates.

28. Also included in Exhibit A on page 35 is a listing of each of the out-of-pocket expenses incurred and paid by Hogan Lovells in connection with this litigation for which the firm is seeking an award in this case. This chart is a summary based upon the electronic records maintained by Hogan Lovells in the ordinary course of business.

29.     The total amount of expenses the firm is seeking is $2,968.17. There are three principal components of this expense total: 1) travel costs related to client meetings necessary to prepare the complaint and declarations accompanying the preliminary injunction motion; 2) *pro hac vice* filing fees; and 3) research costs. Additional support for these fees can be found at Exhibit B to this declaration.

30.     In the exercise of billing judgment, we have deleted numerous expenses, totaling more than ten thousand dollars, as a part of this reimbursement request, including additional travel related expenses, additional research expense, additional filing fees and related costs, shipping costs, and additional litigation-related expenses.  Indeed, the firm's records reflect a total value of $13,195.58 in expenses devoted to this case through October 22, 2020, instead of the $2,968.17 for which we are seeking reimbursement.


        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2020, at Lawrenceburg, Tennessee.

December 21, 2020

                                                              _____
                                                              Allison Holt Ryan

11

# Exhibit A to Declaration of Allison Holt Ryan

Hogan Lovells Invoice
**FILED UNDER SEAL**

# Exhibit B to Declaration of Allison Holt Ryan

## Hogan Lovells Expenses Receipts



Travel arrangements for **GITOMER/MADELINE HIMMEL**                    Agency Locator: **XAJMGA**

Client reference: **759514.000001**

ITINERARY VERSION 1 OF 1 - OCT 28, 2019

View your itinerary in our app: iPhone or Android

*Traveling healthier is an important part of the Hogan Lovells firms' culture, please see the attached link that highlights 7 top tips to ensure that when you travel, you take care of yourself.*

http://hlglobal/sites/Services/Travel/Guides/TravelHealthAndWellness.PDF

## Travel Consultant Remarks

YOUR SOUTHWEST AIRLINES E-TICKET CONFIRMATION IS - LI89Q2
SOUTHWEST DOES NOT OFFER PREASSIGNED SEATS

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Other** | Mon Nov 04, 2019 | | | |
| **Flight** | Mon Nov 04, 2019 Nashville Metropolitan, TN(BNA) - Ronald Reagan National, Washington, DC(DCA) | Southwest Airlines WN290 | 8:50 PM- 11:20 PM | Check in |

🖨 Print version

**Links**

› Traveler Benefits
› Feedback
› Blog
› Facebook
› LinkedIn

| Other | |
|---|---|
| **Date** | Mon Nov 04, 2019 |
| **Details** | PAPERLESS TICKET CONFIRMATION-LI89Q2 |



PREFERRED HOTEL PARTNERS PROGRAM

| ✈ WN 290 | NASHVILLE Nashville Metropolitan, TN (BNA) | › | WASHINGTON D.C. Ronald Reagan National, Washington, DC (DCA) |
|---|---|---|---|
| **Departure** | Mon Nov 04, 2019 8:50 PM | **Arrival** | Mon Nov 04, 2019 11:20 PM |
| **Departure terminal** | | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | LI89Q2 |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 01:30 | **Ticket number** | |
| **Seat** | | **Frequent flyer** | 611856545 |
| **Equipment** | Boeing 737-700 | **Air miles** | 0562 |

☑ **Check in**       🛄 **Baggage**                    More flight information ▶

## Invoice/Ticket information for MADELINE HIMMEL GITOMER

### Client reference: 759514.000001

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | | $655.08 | | | |
| **Ticket**: | 5262135124799 | **Invoice**: | 0027715 | **Amount**: | $307.54 |
| **Payment**: | VIXXXXXXXXXXXX | **Date**: | 28-Oct-2019 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Ticket**: | 2135124799 | **Invoice**: | 0027715 | **Amount**: | $307.54 |
| **Payment**: | VIXXXXXXXXXXXX | **Date**: | 28-Oct-2019 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service fee**: | 8900790609427 | **Date**: | 28-Oct-2019 | **Amount**: | $40.00 |
| **Description**: | | | | | AIR TICKET |
| **Payment**: | | | | | VIXXXXXXXXXXXX |

### Information specific to this trip

- You have purchased a non-refundable fare on Southwest Airlines. Any changes are subject to change fee plus any fare increase
- **Billable/Non-billable:** B

### Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

### Other information and remarks

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

### Feedback

**We value your input and welcome you to provide your feedback  here.**

View your complete itinerary online  ›



Travel arrangements for **CHARLET/JOSEPH MATTHEW**　　　　Agency Locator: **VCHWWI**

Client Reference: **759514.000001**

ITINERARY VERSION 1 OF 1 - MAY 09, 2019

View your itinerary in our app: **iPhone** or **Android**

| | From / To | Flight / Vendor | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Sun May 12, 2019<br>Ronald Reagan National, Washington, DC(DCA) - Nashville Metropolitan, TN(BNA) | American Airlines AA4207 | 1:00 PM-1:56 PM | Check in |
| **Hotel** | Sun May 12, 2019-<br>Tue May 14, 2019<br>SOBRO GUEST HOUSE | Siteminder | | |
| **Flight** | Tue May 14, 2019<br>Nashville Metropolitan, TN(BNA) - Ronald Reagan National, Washington, DC(DCA) | American Airlines AA5085 | 6:32 PM-9:19 PM | Check in |

**Links**

> Traveler Benefits
> Feedback
> Blog
> Facebook
> LinkedIn

🖨 **Print version**


PREFERRED HOTEL PARTNERS PROGRAM

| ✈ **AA 4207** | **WASHINGTON D.C.**<br>**Ronald Reagan National, Washington, DC (DCA)** | ⟩ | **NASHVILLE**<br>**Nashville Metropolitan, TN (BNA)** |
|---|---|---|---|
| **Departure** | Sun May 12, 2019 1:00 PM | **Arrival** | Sun May 12, 2019 1:56 PM |
| **Departure terminal** | T-C | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | VCHWWI |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 01:56 | **Ticket number** | 0017357280668 |
| **Seat** | 22A | **Frequent flyer** | 11MNV42 |
| **Equipment** | EMBRAER 175 | **Air miles** | 0562 |

☑ **Check in** ▸　　　　　　　　　　　　　　　　More flight information ▸

## SOBRO GUEST HOUSE
### 310 PEABODY STREET, NASHVILLE TN 37210, US

| | | | |
|---|---|---|---|
| **Check in** | Sun May 12, 2019 | **Check out** | Tue May 14, 2019 |
| **Status** | Confirmed | **Duration** | 2 nights |
| **Room** | BEST AVAILABLE RATE<br>JACK SUITE WITH TUB - 1 X KING<br>1 X QUEEN BEDS - PULL-OUT SOFA | | |
| **Rate** | VARIED** | **Approx. Total** | USD751.82 |
| **Telephone no.** | 1-615-9854545 | **Fax** | |
| **No of Rooms** | 1 | **No of Guests** | 01 |
| **Reference** | 6506SB000003 | **Freq. guest ID** | |
| **Special Info.** | NONSMOKING | | |
| **Remarks** | **USD269.00 between 12MAY-13MAY<br>USD379.00 between 13MAY-14MAY<br>CANCEL 7 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

## ✈ AA 5085

| NASHVILLE | WASHINGTON D.C. |
|---|---|
| **Nashville Metropolitan, TN (BNA)** | **Ronald Reagan National, Washington, DC (DCA)** |

| | | | |
|---|---|---|---|
| **Departure** | Tue May 14, 2019 6:32 PM | **Arrival** | Tue May 14, 2019 9:19 PM |
| **Departure terminal** | | **Arrival terminal** | T-C |
| **Class** | ECONOMY | **Airline check in ID** | VCHWWI |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 01:47 | **Ticket number** | 0017357280668 |
| **Seat** | 16A | **Frequent flyer** | 11MNV42 |
| **Equipment** | Canadair 700 | **Air miles** | 0562 |

☑ **Check in** ▸                                    More flight information ▸

## Invoice/ticket information for JOSEPH MATTHEW CHARLET
### Client Reference: 759514.000001

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Invoiced Amount**: | | $624.12 | | | | |
| **Ticket**: | | 0017357280668 | **Invoice**: | 0019166 | **Amount**: | $615.12 |
| **Payment**: | VIXXXXXXXXXXXX | | **Date**: | 09-May-2019 | | |
| **Service Fee**: | | 8900766945973 | **Date**: | 09-May-2019 | **Amount**: | $9.00 |
| **Description**: | | | | | ONLINE BOOKING | |
| **Payment**: | | | | VIXXXXXXXXXXXX | | |

## Information specific to this trip

- **Billable/Non-billable:** N

**Travel Assistance Contact Information**

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

**Other information and remarks**

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

**Feedback**

**We value your input and welcome you to provide your feedback  here.**

View your complete itinerary online  ›



Travel arrangements for **GITOMER/MADELINE HIMMEL**          Agency Locator: **ODOXHD**

Client Reference: **759514.000001**

ITINERARY VERSION 1 OF 1 - MAY 10, 2019

View your itinerary in our app: iPhone or Android

| | From / To | Flight / Vendor | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Sun May 12, 2019 Ronald Reagan National, Washington, DC(DCA) - Nashville Metropolitan, TN(BNA) | American Airlines AA4660 | 8:10 PM- 9:11 PM | Check in |
| **Flight** | Tue May 14, 2019 Nashville Metropolitan, TN(BNA) - Ronald Reagan National, Washington, DC(DCA) | American Airlines AA4155 | 2:28 PM- 5:19 PM | Check in |

| Links | |
|---|---|
| ⟩ | Traveler Benefits |
| ⟩ | Feedback |
| ⟩ | Blog |
| ⟩ | Facebook |
| ⟩ | LinkedIn |

 Print version



| ✈ AA 4660 | **WASHINGTON D.C.** **Ronald Reagan National, Washington, DC (DCA)** | ⟩ | **NASHVILLE** **Nashville Metropolitan, TN (BNA)** |
|---|---|---|---|
| **Departure** | Sun May 12, 2019 8:10 PM | **Arrival** | Sun May 12, 2019 9:11 PM |
| **Departure terminal** | T-C | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | ODOXHD |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 02:01 | **Ticket number** | 0017357280672 |
| **Seat** | 16A | **Frequent flyer** | 5F47KW0 |
| **Equipment** | EMBRAER 175 | **Air miles** | 0562 |
| ☑ **Check in** ▸ | | More flight information ▸ | |

| ✈ AA 4155 | NASHVILLE Nashville Metropolitan, TN (BNA) | ❯ | WASHINGTON D.C. Ronald Reagan National, Washington, DC (DCA) |
|---|---|---|---|
| Departure | Tue May 14, 2019 2:28 PM | Arrival | Tue May 14, 2019 5:19 PM |
| Departure terminal | | Arrival terminal | T-C |
| Class | ECONOMY | Airline check in ID | ODOXHD |
| Meal | | Status | Confirmed |
| Duration | 01:51 | Ticket number | 0017357280672 |
| Seat | 16F | Frequent flyer | 5F47KW0 |
| Equipment | EMBRAER 175 | Air miles | 0562 |
| ☑ Check in ▸ | | | More flight information ▸ |

### Invoice/ticket information for MADELINE HIMMEL GITOMER

#### Client Reference: 759514.000001

| Total Invoiced Amount: | | $624.12 | | | | |
|---|---|---|---|---|---|---|
| Ticket: | | 0017357280672 | Invoice: | 0019174 | Amount: | $615.12 |
| Payment: | | VIXXXXXXXXXXXX | Date: | 09-May-2019 | | |
| Service Fee: | | 8900766981306 | Date: | 09-May-2019 | Amount: | $9.00 |
| Description: | | | | | ONLINE BOOKING | |
| Payment: | | | | | VIXXXXXXXXXXXX | |

### Information specific to this trip

- **Billable/Non-billable:** N

### Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

### Other information and remarks

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

### Feedback

**We value your input and welcome you to provide your feedback  here.**

## View your complete itinerary online ›



Travel arrangements for **GITOMER/MADELINE HIMMEL**                    Agency Locator: **RUVWFY**

Client reference: **759514.000001**

ITINERARY VERSION 1 OF 1 - OCT 28, 2019

View your itinerary in our app: iPhone or Android

*Traveling healthier is an important part of the Hogan Lovells firms' culture, please see the attached link that highlights 7 top tips to ensure that when you travel, you take care of yourself.*

http://hlglobal/sites/Services/Travel/Guides/TravelHealthAndWellness.PDF

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Mon Nov 04, 2019 Philadelphia(PHL) - Nashville Metropolitan, TN(BNA) | American Airlines AA1737 | 7:55 AM- 9:13 AM | Check in |

 **Print version**

| ✈ AA 1737 | **PHILADELPHIA** **Philadelphia (PHL)** | › | **NASHVILLE** **Nashville Metropolitan, TN (BNA)** |
|---|---|---|---|
| **Departure** | Mon Nov 04, 2019 7:55 AM | **Arrival** | Mon Nov 04, 2019 9:13 AM |
| **Departure terminal** | | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | RUVWFY |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 02:18 | **Ticket number** | |
| **Seat** | 20B | **Frequent flyer** | 5F47KW0 |
| **Equipment** | Airbus A319 | **Air miles** | 0675 |
| **Remarks** | CENTER SEAT CONFIRMED. NO AISLE OR WINDOW AVAILABLE. | | |

☑ **Check in**     🛄 **Baggage**                    More flight information ▶

**Links**

| › | Traveler Benefits |
|---|---|
| › | Feedback |
| › | Blog |
| › | Facebook |
| › | LinkedIn |


PREFERRED HOTEL PARTNERS PROGRAM

## Invoice/Ticket information for MADELINE HIMMEL GITOMER

### Client reference: 759514.000001

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | $328.46 | | | | |
| **Ticket**: | 0017470308253 | **Invoice**: | 0027714 | **Amount**: | $288.46 |
| **Payment**: | VIXXXXXXXXXXXX | **Date**: | 28-Oct-2019 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service fee**: | 8900790609426 | **Date**: | 28-Oct-2019 | **Amount**: | $40.00 |
| **Description**: | | | | | AIR TICKET |
| **Payment**: | | | | VIXXXXXXXXXXXX | |

### Information specific to this trip

- You have purchased a non-refundable fare on American Airlines. Any changes are subject to change fee plus any fare increase
- **Billable/Non-billable:** B

### Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

### Other information and remarks

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

### Feedback

**We value your input and welcome you to provide your feedback  here.**

View your complete itinerary online ›



Travel arrangements for **RYAN/ALLISON MARIE**

Agency Locator: **KZTMPO**

Client reference: **759514**

ITINERARY VERSION 1 OF 1 - OCT 22, 2019

View your itinerary in our app: iPhone or Android

*Traveling healthier is an important part of the Hogan Lovells firms' culture, please see the attached link that highlights 7 top tips to ensure that when you travel, you take care of yourself.*

http://hlglobal/sites/Services/Travel/Guides/TravelHealthAndWellness.PDF

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Mon Nov 04, 2019 Nashville Metropolitan, TN(BNA) - Washington Dulles(IAD) | United Airlines UA6370 | 6:45 PM- 9:20 PM | Check in |
| Flight | Mon Nov 04, 2019 Washington Dulles(IAD) - Albemarle, Charlottesville, VA(CHO) | United Airlines UA4988 | 10:05 PM- 10:54 PM | Check in |

**Links**

| | |
|---|---|
| › | Traveler Benefits |
| › | Feedback |
| › | Blog |
| › | Facebook |
| › | LinkedIn |

 Print version



| ✈ UA 6370 | **NASHVILLE** **Nashville Metropolitan, TN (BNA)** | › | **WASHINGTON D.C.** **Washington Dulles (IAD)** |
|---|---|---|---|
| **Departure** | Mon Nov 04, 2019 6:45 PM | **Arrival** | Mon Nov 04, 2019 9:20 PM |
| **Departure terminal** | | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | CB14YZ |
| **Meal** | Meal at cost | **Status** | Confirmed |
| **Duration** | 01:35 | **Ticket number** | 0167467711865 |
| **Seat** | 19C | **Frequent flyer** | MG329173 |
| **Equipment** | Canadair 700 | **Air miles** | 0542 |

☑ **Check in**    🛄 **Baggage**      More flight information ▸

| UA 4988 | WASHINGTON D.C. Washington Dulles (IAD) | > | CHARLESTONVILLE Albemarle, Charlottesville, VA (CHO) |
|---|---|---|---|

| ✈ UA 4988 | WASHINGTON D.C.<br>Washington Dulles (IAD) | > | CHARLOTTESVILLE<br>Albemarle, Charlottesville, VA (CHO) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Departure** | Mon Nov 04, 2019 10:05 PM | **Arrival** | Mon Nov 04, 2019 10:54 PM |
| **Departure terminal** | | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | CB14YZ |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 00:49 | **Ticket number** | 0167467711865 |
| **Seat** | 20C | **Frequent flyer** | MG329173 |
| **Equipment** | Embraer RJ135 | **Air miles** | 0077 |
| ☑ **Check in** | 🛍 **Baggage** | | More flight information ▸ |

**Invoice/Ticket information for ALLISON MARIE RYAN**

**Client reference: 759514**

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount:** | | $308.92 | | | |
| **Ticket**: | 0167467711865 | **Invoice**: | 0027465 | **Amount**: | $299.92 |
| **Payment**: | VIXXXXXXXXXXXX | **Date**: | 22-Oct-2019 | | |
| | | | | | |
| **Service fee**: | 8900790355845 | **Date**: | 22-Oct-2019 | **Amount**: | $9.00 |
| **Description**: | | | | ONLINE BOOKING | |
| **Payment**: | | | | VIXXXXXXXXXXXX | |

**Information specific to this trip**

- You have purchased a non-refundable fare online. A carrier-imposed penalty will be applied to any changes. The ticket will have no value if the reservation is not cancelled prior to scheduled flight departure. The fare rules displayed during booking were agreed to upon purchase of this trip.
- **Billable/Non-billable:** B

**Travel Assistance Contact Information**

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

**Other information and remarks**

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

**Feedback**

We value your input and welcome you to provide your feedback  **here.**

View your complete itinerary online  ›



Travel arrangements for **RYAN/ALLISON MARIE**

Agency Locator: **HKVTNP**

Client reference: **759514**

ITINERARY VERSION 1 OF 1 - OCT 22, 2019

View your itinerary in our app: iPhone or Android

*Traveling healthier is an important part of the Hogan Lovells firms' culture, please see the attached link that highlights 7 top tips to ensure that when you travel, you take care of yourself.*

http://hlglobal/sites/Services/Travel/Guides/TravelHealthAndWellness.PDF

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| **Flight** | Mon Nov 04, 2019 La Guardia, New York, NY(LGA) - Nashville Metropolitan, TN(BNA) | Delta Air Lines DL3571 | 11:10 AM-12:55 PM | Check in |

 **Print version**

**Links**

| | |
|---|---|
| › | Traveler Benefits |
| › | Feedback |
| › | Blog |
| › | Facebook |
| › | LinkedIn |

| ✈ DL 3571 | **NEW YORK CITY** **La Guardia, New York, NY (LGA)** | › | **NASHVILLE** **Nashville Metropolitan, TN (BNA)** |
|---|---|---|---|
| **Departure** | Mon Nov 04, 2019 11:10 AM | **Arrival** | Mon Nov 04, 2019 12:55 PM |
| **Departure terminal** | T-D | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | GRI7XD |
| **Meal** | No meal service | **Status** | Confirmed |
| **Duration** | 02:45 | **Ticket number** | 0067467711864 |
| **Seat** | 18B | **Frequent flyer** | 9471490749 |
| **Equipment** | Embraer 175 | **Air miles** | 0764 |



☑ **Check in**   👜 **Baggage**

More flight information ▸

## Invoice/Ticket information for ALLISON MARIE RYAN

### Client reference: 759514

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | $261.38 | | | | |
| **Ticket**: | 0067467711864 | **Invoice**: | 0027464 | **Amount**: | $252.38 |
| **Payment**: | VIXXXXXXXXXXXX | **Date**: | 22-Oct-2019 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service fee**: | 8900790355844 | **Date**: | 22-Oct-2019 | **Amount**: | $9.00 |
| **Description**: | | | | ONLINE BOOKING | |
| **Payment**: | | | | VIXXXXXXXXXXXX | |

### Information specific to this trip

- You have purchased a non-refundable fare online. A carrier-imposed penalty will be applied to any changes. The fare rules displayed during booking were agreed to upon purchase of this trip.
- **Billable/Non-billable:** B

### Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 917-408-8216.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 917-408-8216.
Your access code is 01TI.

### Other information and remarks

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

### Feedback

**We value your input and welcome you to provide your feedback  here.**

View your complete itinerary online  ›

# Fees

1. $400.00 filing fee
2. $505.00 for appeal to Court of Appeals (one check to Clerk, U.S. District Court)
3. No fees for cross, counter, or third-party complaints.
4. No other initial "court costs" as in state court.
5. Other fees:

   1. $0.50 per page for copies - to request copies, please email the Clerk's Office at copyrequest@tnmd.uscourts.gov
   2. $11.00 for certified copy (plus $.50 for each copy involved).
   3. $47.00 to register an out-of-district judgment.
   4. $231.00 for Attorney Admission.
   5. $19.00 for Certificate of Good Standing - to request a certificate of good standing, please email the Clerk's Office at certificate@tnmd.uscourts.gov.
   6. $38.00 for Appeal of Misdemeanor conviction entered by Magistrate Judge (if defendant not pauper).
   7. $100.00 per Attorney for pro hac vice.
   8. $31.00 for records search.
   9. For retrieval of one box of records from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $64. For retrievals involving multiple boxes, $39 for each additional box.
   10. $53.00 for any check returned for lack of funds.
   11. $5.00 for filing fees for habeas corpus.
   12. $31.00 for Audio Recording.
   13. $22.00 for exemplification of any document.

Check Acceptance Policy:

Except as provided herein, personal or business checks are accepted only from attorneys and employees of attorneys, law firms, law students and the press. (All checks & money orders should be made payable to the Clerk, U.S. District Court). Personal checks are not accepted for criminal bonds, which require cash, a money order or a cashiers check. Personal checks are accepted for criminal fines and special assessments.

https://www.tnmd.uscourts.gov/fees                                                                    2/2

# Fees

1. $400.00 filing fee
2. $505.00 for appeal to Court of Appeals (one check to Clerk, U.S. District Court)
3. No fees for cross, counter, or third-party complaints.
4. No other initial "court costs" as in state court.
5. Other fees:

    1. $0.50 per page for copies - to request copies, please email the Clerk's Office at copyrequest@tnmd.uscourts.gov
    2. $11.00 for certified copy (plus $.50 for each copy involved).
    3. $47.00 to register an out-of-district judgment.
    4. $231.00 for Attorney Admission.
    5. $19.00 for Certificate of Good Standing - to request a certificate of good standing, please email the Clerk's Office at certificate@tnmd.uscourts.gov.
    6. $38.00 for Appeal of Misdemeanor conviction entered by Magistrate Judge (if defendant not pauper).
    7. $100.00 per Attorney for pro hac vice.
    8. $31.00 for records search.
    9. For retrieval of one box of records from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $64. For retrievals involving multiple boxes, $39 for each additional box.
    10. $53.00 for any check returned for lack of funds.
    11. $5.00 for filing fees for habeas corpus.
    12. $31.00 for Audio Recording.
    13. $22.00 for exemplification of any document.

Check Acceptance Policy:

Except as provided herein, personal or business checks are accepted only from attorneys and employees of attorneys, law firms, law students and the press. (All checks & money orders should be made payable to the Clerk, U.S. District Court). Personal checks are not accepted for criminal bonds, which require cash, a money order or a cashiers check. Personal checks are accepted for criminal fines and special assessments.

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CERTIFICATE OF GOOD STANDING REQUEST FORM

A certificate of good standing may be requested in writing by letter or submitting this completed form to the address above along with the certification fee of $19.00 each. Please make check payable to "Clerk, US Court of Appeals". Or you may request the certificate in person at the address above between the hours of 9:00 a.m. to 4:00 p.m.

Please provide the name of the attorney who wishes the certificate and the address to which the certificate is to be mailed.

**Name:** Madeline Gitomer

**Address:** 555 Thirteenth Street NW

Washington, DC 20003

**Phone:** (202) 637-3625

**Date of Admittance:** _____

☒ I have enclosed a check/money order in the amount of $19.00.

Check/Money Order No. _____

USCA Form 82
Dec. 2016 (REVISED)

# Fees

1. $400.00 filing fee
2. $505.00 for appeal to Court of Appeals (one check to Clerk, U.S. District Court)
3. No fees for cross, counter, or third-party complaints.
4. No other initial "court costs" as in state court.
5. Other fees:

   1. $0.50 per page for copies - to request copies, please email the Clerk's Office at copyrequest@tnmd.uscourts.gov
   2. $11.00 for certified copy (plus $.50 for each copy involved).
   3. $47.00 to register an out-of-district judgment.
   4. $231.00 for Attorney Admission.
   5. $19.00 for Certificate of Good Standing - to request a certificate of good standing, please email the Clerk's Office at certificate@tnmd.uscourts.gov.
   6. $38.00 for Appeal of Misdemeanor conviction entered by Magistrate Judge (if defendant not pauper).
   7. $100.00 per Attorney for pro hac vice.
   8. $31.00 for records search.
   9. For retrieval of one box of records from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $64. For retrievals involving multiple boxes, $39 for each additional box.
   10. $53.00 for any check returned for lack of funds.
   11. $5.00 for filing fees for habeas corpus.
   12. $31.00 for Audio Recording.
   13. $22.00 for exemplification of any document.

Check Acceptance Policy:

Except as provided herein, personal or business checks are accepted only from attorneys and employees of attorneys, law firms, law students and the press. (All checks & money orders should be made payable to the Clerk, U.S. District Court). Personal checks are not accepted for criminal bonds, which require cash, a money order or a cashiers check. Personal checks are accepted for criminal fines and special assessments.

# Fees

1. $400.00 filing fee
2. $505.00 for appeal to Court of Appeals (one check to Clerk, U.S. District Court)
3. No fees for cross, counter, or third-party complaints.
4. No other initial "court costs" as in state court.
5. Other fees:

    1. $0.50 per page for copies - to request copies, please email the Clerk's Office at copyrequest@tnmd.uscourts.gov
    2. $11.00 for certified copy (plus $.50 for each copy involved).
    3. $47.00 to register an out-of-district judgment.
    4. $231.00 for Attorney Admission.
    5. $19.00 for Certificate of Good Standing - to request a certificate of good standing, please email the Clerk's Office at certificate@tnmd.uscourts.gov.
    6. $38.00 for Appeal of Misdemeanor conviction entered by Magistrate Judge (if defendant not pauper).
    7. $100.00 per Attorney for pro hac vice.
    8. $31.00 for records search.
    9. For retrieval of one box of records from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $64. For retrievals involving multiple boxes, $39 for each additional box.
    10. $53.00 for any check returned for lack of funds.
    11. $5.00 for filing fees for habeas corpus.
    12. $31.00 for Audio Recording.
    13. $22.00 for exemplification of any document.


Check Acceptance Policy:

Except as provided herein, personal or business checks are accepted only from attorneys and employees of attorneys, law firms, law students and the press. (All checks & money orders should be made payable to the Clerk, U.S. District Court). Personal checks are not accepted for criminal bonds, which require cash, a money order or a cashiers check. Personal checks are accepted for criminal fines and special assessments.

# Fees

1. $400.00 filing fee
2. $505.00 for appeal to Court of Appeals (one check to Clerk, U.S. District Court)
3. No fees for cross, counter, or third-party complaints.
4. No other initial "court costs" as in state court.
5. Other fees:

   1. $0.50 per page for copies - to request copies, please email the Clerk's Office at copyrequest@tnmd.uscourts.gov
   2. $11.00 for certified copy (plus $.50 for each copy involved).
   3. $47.00 to register an out-of-district judgment.
   4. $231.00 for Attorney Admission.
   5. $19.00 for Certificate of Good Standing - to request a certificate of good standing, please email the Clerk's Office at certificate@tnmd.uscourts.gov.
   6. $38.00 for Appeal of Misdemeanor conviction entered by Magistrate Judge (if defendant not pauper).
   7. $100.00 per Attorney for pro hac vice.
   8. $31.00 for records search.
   9. For retrieval of one box of records from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $64. For retrievals involving multiple boxes, $39 for each additional box.
   10. $53.00 for any check returned for lack of funds.
   11. $5.00 for filing fees for habeas corpus.
   12. $31.00 for Audio Recording.
   13. $22.00 for exemplification of any document.

Check Acceptance Policy:

Except as provided herein, personal or business checks are accepted only from attorneys and employees of attorneys, law firms, law students and the press. (All checks & money orders should be made payable to the Clerk, U.S. District Court). Personal checks are not accepted for criminal bonds, which require cash, a money order or a cashiers check. Personal checks are accepted for criminal fines and special assessments.

# HOGAN LOVELLS INTERNATIONAL LLP

## DC Report by Account

Date Range
From: 2019-06-04 00:00
To: 2019-06-04 23:59

### 759514.000001 Tennessee NAACP / Tennessee Voting Rights Litigation:

#### USD ( U.S. Dollars )

Disbursement Transaction(s)

| UserName | Date | Time | Unit ID | Description | Disbursement Name | Gross Charges | Net Charges | Status |
|----------|------|------|---------|-------------|-------------------|---------------|-------------|--------|
| Gfiuser | 6/4/2019 | 00:00 | LEXIS | Lexis Advance/La Access Charge | Lexis | 1.00 | 70.63 | Billed |
| Gfiuser | 6/4/2019 | 00:00 | NYWESTLW | Hansen,Darcy | Westlaw | 1.00 | 0.17 | Billed |
| Gfiuser | 6/4/2019 | 00:00 | WAWESTLW | Kolodziej,Tomasz S | Westlaw | 1.00 | 13.26 | Billed |
| Gfiuser | 6/4/2019 | 00:00 | WAWESTLW | Gitomer,Madeline H | Westlaw | 1.00 | 164.73 | Billed |
| Transtotals for Disbursement: | | | | | | 4.00 | 248.79 | |
| **Totals for USD ( U.S. Dollars ):** | | | | | | 4.00 | 248.79 | |