IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of Tennessee, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00365 <br> Judge Aleta A. Trauger |
| LEAGUE OF WOMEN VOTERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of Tennessee, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00385 |

## NOTICE OF APPEAL

Defendants, Tre Hargett, in his official capacity as secretary of State of the State of Tennessee, Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, the State Election Commission, and Donna Barrett, Judy Blackburn, Greg Duckett, Mike McDonald, Jimmy Wallace, Tom Wheeler and Kent Younce, in their official capacities as members of the State Election Commission, give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from this Court's September 28, 2021 Memorandum and Order

awarding the League Plaintiffs $345,286.66 in attorneys' fees and the NAACP Plaintiffs $440,803.20 in attorneys' fees. *See* DE 116 and 117.

> Respectfully submitted,
>
> HERBERT H. SLATERY III
> Attorney General and Reporter
>
> /s/ *Janet M. Kleinfelter*
> JANET M. KLEINFELTER (BPR #13889)
> Deputy Attorney General
> Janet.kleinfelter@ag.tn.gov
>
> ANDREW B. CAMPBELL (BPR #14258)
> Senior Assistant Attorney General
> Andrew.campbell@ag.tn.gov
>
> ALEXANDER S. RIEGER (BPR #029362)
> Assistant Attorney General
> Alex.rieger@ag.tn.gov
>
> MATTHEW D. CLOUTIER (BPR #036710)
> Assistant Attorney General
> Matt.cloutier@ag.tn.gov
>
> Office of the Tennessee Attorney General
> Public Interest Division
> P.O. Box 20207
> Nashville, TN 37202
> (615) 741-7403
>
> *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Thomas H. Catelli, Esq.<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, Tennessee 37212<br><br>Sophia Lin Lakin, Esq.<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br><br>Sarah Brannon, Esq.<br>Theresa J. Lee, Esq.<br>Davin Rosborough, Esq.<br>Dale E. Ho, Esq.<br>American Civil Liberties Union Foundation<br>915 15th Street, 6th Floor<br>Washington, D.C. 20005<br><br>Danielle Lang, Esq.<br>Molly Danahy, Esq.<br>Campaign Legal Center<br>1101 14th Street, NW Suite 400<br>Washington, D.C. 20005<br><br>Michelle Kanter Cohen, Esq.<br>Cecilia Aguilera, Esq.<br>Jon Sherman, Esq.<br>Fair Elections Center<br>1825 K Street, NW, Suite 450<br>Washington, D.C. 20006<br><br>William H. Harbison, Esq.<br>C. Dewey Branstetter, Jr., Esq.<br>Hunter C. Branstetter, Esq.<br>Sherrard Roe Voight & Harbison<br>150 3rd Avenue, South, Suite 1100<br>Nashville, Tennessee 37301 | Ezra D. Rosenberg, Esq.<br>Jon Greenbaum, Esq.<br>Julie Houk, Esq.<br>Pooja Chaudhuri, Esq.<br>Lawyers Committee for Civil Rights<br>    Under the Law<br>1500 K Street, NW, Suite 900<br>Washington, D.C. 20005<br><br>Ira M. Feinberg, Esq.<br>Hogan Lovells US, LLP<br>390 Madison Avenue<br>New York, New York 10017<br><br>Allison M. Ryan, Esq.<br>Carolyn A. Delone, Esq.<br>Kyle M. Druding, Esq.<br>Hogan Lovells, US, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004-1109<br><br>Yael Bromberg, Esq.<br>Bromberg Law LLC<br>The Andrew Goodman Foundation<br>10 Mountainview Road<br>Upper Saddle River, New Jersey 07458<br><br>Taylor A. Cates<br>Burch, Porter & Johnson, PLLC<br>130 N. Court Avenue<br>Memphis, Tennessee 38103 |

Date: October 25, 2021

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER
Deputy Attorney General