**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 01, 2021

Ms. Cecilia Aguilera
Fair Elections Center
1825 K Street, N.W.
Suite 450
Washington, DC 20006

Mr. C. Dewey Branstetter Jr.
Sherrard Roe Voigt & Harbison
150 Third Avenue, S.
Suite 1100
Nashville, TN 37201

Yael Bromberg
Bromberg Law
10 Mountainview Road
Upper Saddle River, NJ 07458

Mr. Andrew Bolter Campbell
Office of the Attorney General
of Tennessee
500 Charlotte Avenue
Nashville, TN 37243

Mr. Thomas Hauser Castelli
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Mr. Taylor Alexander Cates
Burch, Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

Ira M. Feinberg
Hogan Lovells
390 Madison Avenue
New York, NY 10017

Mr. Dale E. Ho
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Ms. Janet M. Kleinfelter
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Danielle Marie Lang
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Ezra D. Rosenberg
Lawyers' Committee for Civil Rights Under Law
1500 K. Street, N.W.
Suite 900
Washington, DC 20005

Ms. Allison M. Ryan
Hogan Lovells
555 13th Street, N.W.
Washington, DC 20004

                    Re:  Case No. 21-6024, *TN St Conference of the NAACP, et al v. Tre Hargett, et al*
                         Originating Case No. : 3:19-cv-00365

Dear Counsel,

   This appeal has been docketed as case number **21-6024** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 15, 2021**.   Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/C. Anthony Milton
                                          Case Manager
                                          Direct Dial No. 513-564-7026

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 21-6024

THE TENNESSEE STATE CONFERENCE OF THE NAACP; DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES; THE EQUITY ALLIANCE; ANDREW GOODMAN FOUNDATION; LEAGUE OF WOMEN VOTERS OF TENNESSEE; LEAGUE OF WOMEN VOTERS OF TENNESSEE EDUCATION FUND; AMERICAN MUSLIM ADVISORY COUNCIL; MID-SOUTH PEACE & JUSTICE CENTER; MEMPHIS CENTRAL LABOR COUNCIL; ROCK THE VOTE; HEADCOUNT

    Plaintiffs - Appellees

v.

TRE HARGETT, in his official capacity as Secretary of State of Tennessee; MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; TENNESSEE STATE ELECTION COMMISSION; DONNA BARRETT; JUDY BLACKBURN; MIKE MCDONALD; GREGORY DUCKETT; JIMMY WALLACE; TOM WHEELER; KENT YOUNCE, in their official capacities as members of the State Election Commission

    Defendants - Appellants