IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, <br><br> *Defendants.* <br> LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> TRE HARGETT, *et al.*, <br><br> *Defendants.* | Civil Nos. 3:19-cv-365, 3:19-cv-385 <br> Hon. Aleta A. Trauger |

**JOINT MOTION TO ENTER AGREED ORDER TOLLING PLAINTIFFS' TIME TO FILE SUPPLEMENTAL MOTIONS FOR ATTORNEYS' FEES**

Plaintiffs and Defendants hereby jointly move the Court for the entry of an Agreed Order tolling Plaintiffs' time to file supplemental motions for attorneys' fees. As grounds for this Motion, the Parties state that because Defendants intend to file a petition for writ of certiorari to the United States Supreme Court regarding the Sixth Circuit's decision to award attorneys' fees to Plaintiffs, judicial economy would be served by tolling the time within which Plaintiffs may file

1

\\4146-3211-0147 v1

Case 3:19-cv-00365    Document 123    Filed 01/09/23    Page 1 of 4 PageID #: 1890

supplemental motions for attorneys' fees. Plaintiffs and Defendants submit a proposed Agreed Order contemporaneously herewith.

Dated: January 9, 2023

Respectfully submitted,

/s/ Ira M. Feinberg

Taylor A. Cates, BPR No. 20006
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com

Ira M. Feinberg*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

Allison M. Ryan*
Carolyn A. DeLone*
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.ryan@hoganlovells.com
carrie.delone@hoganlovells.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

/s/ Davin Rosborough

Stella Yarbrough
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarborough@aclu-tn.org

Sophia Lin Lakin*
Davin Rosborough*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
drosborough@aclu.org

Sarah Brannon*, **
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, D.C. 20005
(202) 544-1681
sbrannon@aclu.org

** not admitted in DC; DC practice limited to federal court only

Danielle Lang*
Molly Danahy*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200

erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
phaudhuri@lawyerscommittee.org

Yael Bromberg*
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083
ybromberg@bromberglawllc.com

*Attorneys for Plaintiffs in Tennessee State Conference of the N.A.A.C.P., et al. v. Hargett*

dlang@campaignlegal.org
mdanahy@campaignlegal.org

William H. Harbison, BPR#7012 C.
Dewey Branstetter, Jr. BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
(615) 742-4200
bharbison@srvhlaw.com
dbranstetter@srvhlaw.com
hbranstetter@srvhlaw.com

Michelle Kanter Cohen*
Cecilia Aguilera*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
jsherman@fairelectionscenter.org

Attorneys for Plaintiffs in *League of Women Voters of Tennessee, et al. v. Hargett*

* admitted *pro hac vice*

/s/ Alexander S. Rieger

Alexander S. Rieger
Tennessee Attorney General's Office
Senior Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202

(615) 741-2408
alex.rieger@ag.tn.gov

Kelley L. Groover
Tennessee Attorney General's Office
Assistant Attorney General
Public Interest Division
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
kelley.groover@ag.tn.gov
(615) 741-2408

Janet M. Kleinfelter
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
Janet.Kleinfelter@ag.tn.gov
(615) 741-7403

*Counsel for Defendants*