Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*,<br><br>    *Defendants.* | Civil Nos. 3:19-cv-365, 3:19-cv-385<br>Hon. Aleta A. Trauger |
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, *et al.*,<br><br>    *Defendants.* | |

**JOINT MOTION TO ENTER AGREED ORDER TOLLING PLAINTIFFS' TIME TO FILE SUPPLEMENTAL MOTIONS FOR ATTORNEYS' FEES**

Plaintiffs and Defendants hereby jointly move the Court for the entry of an Agreed Order tolling Plaintiffs' time to file supplemental motions for attorneys' fees. As grounds for this Motion, the Parties state that because Defendants intend to file a petition for writ of certiorari to the United States Supreme Court regarding the Sixth Circuit's decision to award attorneys' fees to Plaintiffs, judicial economy would be served by tolling the time within which Plaintiffs may file