# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*, )<br>)<br>*Defendants*. )<br>LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>TRE HARGETT, *et al.*, )<br>)<br>*Defendants*. ) | Civil Nos. 3:19-cv-365, 3:19-cv-385<br>Hon. Aleta A. Trauger |

## NOTICE OF APPEARANCE

Undersigned counsel hereby gives notice of his appearance as counsel of record in this matter on behalf of defendants and requests that court notices and service of all pleadings, motions, and other papers be directed to his attention.

1

Respectfully submitted,

JONATHAN SKRMETTI,
Attorney General and Reporter


/s/ *Zachary L. Barker*
ZACHARY L. BARKER
Assistant Attorney General
Federal Habeas Corpus Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-4098
Zachary.Barker@ag.tn.gov
B.P.R. No. 035933

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice was filed electronically on July 6, 2023. A copy of the foregoing was automatically served via the ECF system upon:

Taylor A. Cates
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tacates@bpjlaw.com

Ira M. Feinberg
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3509
ira.feinberg@hoganlovells.com

Allison M. Rya
Carolyn A. DeLone
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.ryan@hoganlovells.com
carrie.delone@hoganlovells.com

Ezra D. Rosenberg
Julie Houk
Pooja Chaudhuri
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
phaudhuri@lawyerscommittee.org

Stella Yarbrough
Thomas H. Castelli
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarborough@aclu-tn.org
thcastelli@gmail.com

Sophia Lin Lakin
Davin Rosborough
Dale E. Ho
Theresa J. Lee
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
drosborough@aclu.org
dho@aclu.org
tlee@aclu.org

Sarah Brannon
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, D.C. 20005
(202) 544-1681
sbrannon@aclu.org

Danielle Lang
Molly Danahy
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mdanahy@campaignlegal.org

Yael Bromberg
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083
ybromberg@bromberglawllc.com

William H. Harbison, BPR#7012
C. Dewey Branstetter, Jr. BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
(615) 742-4200
bharbison@srvhlaw.com
dbranstetter@srvhlaw.com
hbranstetter@srvhlaw.com

Michelle Kanter Cohen
Cecilia Aguilera
Jon Sherman
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
jsherman@fairelectionscenter.org

on this 6th day of July, 2023.

/s/Zachary L. Barker
ZACHARY L. BARKER
Assistant Attorney General