IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*,<br><br>*Defendants.* | Civil Nos. 3:19-cv-365, 3:19-cv-385<br>Hon. Aleta A. Trauger |
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, *et al.*,<br><br>*Defendants.* | |

**JOINT MOTION TO ENTER AGREED ORDER
ON PLAINTIFFS' APPELLATE FEES AND COSTS**

Plaintiffs and Defendants hereby jointly move the Court for the entry of an Agreed Order on the remaining issue in this case, Plaintiffs' entitlement to attorneys' fees and costs for their work responding to Defendants' appeal of this Court's fee award to the Sixth Circuit, and Defendants' petition for certiorari in the Supreme Court.

In accordance with this Court's Order dated January 10, 2023, Plaintiffs' supplemental fee applications pursuant to M.D. Tenn. Local Rule 54.01 for their attorneys' fees and costs on appeal

1

were due on or before July 12, 2023. This Court granted the parties' joint motions to extend this time to allow the parties additional time to seek a negotiated resolution of the appellate attorneys' fee issues. In their discussions, Plaintiffs' counsel shared their hours and costs with Defendants' counsel, counsel conferred, and the parties were able to reach an agreement. Defendants agreed to pay Plaintiffs' appellate fees and costs in the total amount of $197,000, broken down as follows:

1. To Plaintiffs in the Tennessee NAACP case, in the amount of $145,000;

2. To Plaintiffs in the League of Women Voters case, in the amount of $52,000.

Plaintiffs and Defendants respectfully submit a proposed Agreed Order contemporaneously herewith.

Dated: October 16, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ *Taylor A. Cates* | /s/ *Stella Yarbrough* |
| Taylor A. Cates, BPR No. 20006<br>Burch, Porter & Johnson, PLLC<br>130 N. Court Avenue<br>Memphis, TN 38103<br>(901) 524-5165<br>tcates@bpjlaw.com | Stella Yarbrough<br>Legal Director<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>(615) 320-7142<br>tcastelli@aclu-tn.org |
| Allison M. Ryan*<br>Carolyn A. DeLone*<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637-5600<br>allison.ryan@hoganlovells.com<br>carrie.delone@hoganlovells.com | Sophia Lin Lakin*<br>Davin Rosborough*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>slakin@aclu.org<br>drosborough@aclu.org |

Ezra D. Rosenberg*
Julie Houk*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
phaudhuri@lawyerscommittee.org

Yael Bromberg*
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083
ybromberg@bromberglawllc.com

*Attorneys for Plaintiffs in Tennessee State Conference of the N.A.A.C.P., et al. v. Hargett*

Sarah Brannon*, **
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, D.C. 20005
(202) 544-1681
sbrannon@aclu.org

** not admitted in DC; DC practice limited to federal court only

Danielle Lang*
Molly Danahy*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mdanahy@campaignlegal.org

William H. Harbison, BPR#7012
C. Dewey Branstetter, Jr. BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
(615) 742-4200
bharbison@srvhlaw.com
dbranstetter@srvhlaw.com
hbranstetter@srvhlaw.com

Michelle Kanter Cohen*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org

Attorneys for Plaintiffs in *League of Women Voters of Tennessee, et al. v. Hargett*

* admitted *pro hac vice*

3

/s/ *Zachary L. Barker*
ZACHARY L. BARKER
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-4098
Zachary.Barker@ag.tn.gov
B.P.R. No. 035933

*Counsel for Defendants*