IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, *et al.*,<br><br>*Defendants.*<br><br>LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRE HARGETT, *et al.*,<br><br>*Defendants.* | Civil Nos. 3:19-cv-365<br>Hon. Aleta A. Trauger |

**AGREED ORDER**

On September 28, 2021, this Court granted in part Plaintiffs' motions for attorneys' fees, ruling that Plaintiffs were "prevailing parties" entitled to awards of attorneys' fees under 42 U.S.C. § 1988. Defendants appealed this Court's decision, but the Sixth Circuit affirmed the Court's decision on November 16, 2022. Defendants then filed a petition for certiorari in the Supreme Court, but the Supreme Court denied the petition on June 12, 2023.

The parties have now informed the Court that they have reached an agreement on the amount of appellate attorneys' fees to be awarded. In particular, the parties have agreed that Defendants will pay Plaintiffs in the Tennessee NAACP case an additional $145,000 to cover the

attorneys' fees and expenses incurred on appeal by their counsel, and Defendants will pay Plaintiffs in the League of Women Voters case an additional $52,000 to cover the attorneys' fees and expenses incurred on appeal by their counsel.

After due consideration of the parties' joint motion, IT IS HEREBY ORDERED that Defendants make payments as follows:

1. To Hogan Lovells US LLP ("Hogan Lovells"), one of the counsel for Plaintiffs in the Tennessee NAACP case, in the amount of $145,000; and

2. To the American Civil Liberties Union Foundation ("ACLU"), one of the counsel for Plaintiffs in the League of Women Voters case, in the amount of $52,000.

These payments are for Plaintiffs' attorneys' fees and costs incurred in connection with the Sixth Circuit appeal of the fee award in this matter and Plaintiffs' opposition to Defendants' petition for certiorari. It shall be the obligation of Hogan Lovells and the ACLU, respectively, to equitably distribute to the other counsel representing their clients their proportionate share of the fee award.

The amounts ordered herein shall be in addition to the amounts awarded by this Court's September 28, 2021 attorneys' fee order, which was upheld on appeal.

IT IS SO ORDERED.

Hon. Aleta A. Trauger
United States District Judge

| /s/ Taylor A. Cates | /s/ Stella Yarbrough |

Taylor A. Cates, BPR No. 20006
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5165
tcates@bpjlaw.com

Allison M. Ryan*
Carolyn A. DeLone*
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
allison.ryan@hoganlovells.com
carrie.delone@hoganlovells.com

Ezra D. Rosenberg*
Julie Houk*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
phaudhuri@lawyerscommittee.org

Yael Bromberg*
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083
ybromberg@bromberglawllc.com

*Attorneys for Plaintiffs in Tennessee State Conference of the N.A.A.C.P., et al. v. Hargett*

Stella Yarbrough
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
tcastelli@aclu-tn.org

Sophia Lin Lakin*
Davin Rosborough*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
drosborough@aclu.org

Sarah Brannon*, **
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, D.C. 20005
(202) 544-1681
sbrannon@aclu.org

** not admitted in DC; DC practice limited to federal court only

Danielle Lang*
Molly Danahy*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mdanahy@campaignlegal.org

William H. Harbison, BPR#7012
C. Dewey Branstetter, Jr. BPR#9367
Hunter C. Branstetter, BPR#32004
Sherrard Roe Voigt & Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37301
(615) 742-4200

bharbison@srvhlaw.com
dbranstetter@srvhlaw.com
hbranstetter@srvhlaw.com

Michelle Kanter Cohen*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org

Attorneys for Plaintiffs in *League of Women Voters of Tennessee, et al. v. Hargett*

* admitted *pro hac vice*

<u>/s/ Zachary L. Barker</u>
ZACHARY L. BARKER Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207 (615) 532-4098
Zachary.Barker@ag.tn.gov
B.P.R. No. 035933
*Counsel for Defendants*

4